# EXHIBIT FF

## Buonamano, Brian W

| | |
|---|---|
| **From:** | Murphy, Pamela |
| **Sent:** | Tuesday, January 14, 2014 5:07 PM |
| **Subject:** | NH AG Press Release - Kumpu Wrongful Voting Violations |

Released by:     Joseph A. Foster, Attorney General

Subject:         Janine and Adam Kumpu to Pay a Total of $1,250 Under Consent Agreement For Wrongful
                 Voting Violations

Date:            January 14, 2014

Contact:         Stephen G. LaBonte, Assistant Attorney General
                 (603) 271-3658


Attorney General Joseph A. Foster announced today that his Office has reached an agreement with Janine Kumpu and Adam Kumpu of Milford, New Hampshire to resolve a matter involving wrongful voting violations under RSA 659:34. Under the agreement, the Kumpus agree to pay a total of $1,250.00 to settle this matter.

Under New Hampshire law, it is illegal for a person to vote more than once for any office or measure in any election and/or apply for a ballot in a name other than his or her own.
RSA 659:34, I (b), (c).

The Attorney General's Office investigated Adam Kumpu for voting twice during the 2012 General Election. The investigation revealed that during the election, Adam Kumpu voted by absentee ballot in the Town of Milford, and, on election day, registered and voted in the City of Keene. Mr. Kumpu agreed to pay a penalty of $1,000.00, for this violation of RSA 659:34, I (b).

The investigation further revealed that the absentee ballot was obtained by Mr. Kumpu's mother, Janine Kumpu, who completed a State of New Hampshire absentee ballot application utilizing the personal identifying information of Adam Kumpu and then signed Mr. Kumpu's name on the signature line. Janine Kumpu then submitted the application to the Milford Town Clerk's Office. The town clerk then forwarded the absentee ballot to Mr. Kumpu, who was attending Keene State College. Ms. Kumpu agreed to pay a penalty of $250.00, for this violation of RSA 659:34, I (c).



SAU088

# ATTORNEY GENERAL
## DEPARTMENT OF JUSTICE

33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

JOSEPH A. FOSTER
ATTORNEY GENERAL



ANN M. RICE
DEPUTY ATTORNEY GENERAL

January 14, 2014

David M. Scanlan
Deputy Secretary of State

    **Re:**    **Adam and Janine Kumpu**

Dear Mr. Scanlan:

    Enclosed find two checks:  #1231 in amount of $1,000.00 and #1232 in amount of $250.00 as provided in terms of the Consent Agreement signed by Adam and Janine Kumpu on December 16, 2013.

    Please feel free to contact me if you have any questions.  Thank you.

Sincerely,

Stephen G. LaBonte
Assistant Attorney General
Civil Bureau
(603) 271-3658
Fax: (603) 223-6296

SGL/ljb
Enclosure

990530

SAU089

## CONSENT AGREEMENT

This Consent Agreement is entered into by and between the State of New Hampshire, Office of the Attorney General ("State"), Adam G. Kumpu ("A. Kumpu") and Janine F. Kumpu ("J. Kumpu") as of the effective date specified herein. The parties hereby agree to undertake the following:

1.     This consent agreement is entered into by the State with A. Kumpu and J. Kumpu (collectively referred to as the "Settling Parties") to resolve the State's claims for alleged violations of the New Hampshire voter fraud statute, RSA 659:34, I (b) and (c) during the 2012 general election campaign.

2.     Under New Hampshire law, a person is subject to a civil penalty not to exceed $5,000 if such person:

Votes more than once for any office or measure; and/or

Applies for a ballot in a name other than his or her own.

RSA 659:34, I (b), (c).

3.     The State alleges in this matter that A. Kumpu voted more than once for any office during the 2012 General Election, in that A. Kumpu voted by absentee ballot in the Town of Milford and registered and voted in the City of Keene on November 6, 2012.

4.     The State further alleges J. Kumpu applied for a ballot in a name other than her own, in that J. Kumpu completed a State of New Hampshire absentee ballot application utilizing the personal identifying information of A. Kumpu and signing A.

Kumpu's name on the signature line. J. Kumpu then submitted the application to the Milford Town Clerk.

5.     RSA 659:34 authorizes the Attorney General to impose a civil penalty for violations of 659:34 in the amount of $5,000 per violation.

6.     This Consent Agreement is intended to resolve all of the State's claims and potential claims against the Settling Parties under RSA 659:34 in connection with the 2012 General Election.

7.     A. Kumpu agrees to pay a total of $5,000 to the State of New Hampshire for the alleged violation of RSA 659:34, I (b), in connection with the 2012 General Election. Four thousand dollars ($4,000) of the amount above shall be held in abeyance for a period of five (5) years, to be brought forward in the event of any further violations of New Hampshire election law. The payment of $1,000 shall be submitted by or before December 31, 2013.

8.     J. Kumpu agrees to pay a total of $250.00 to the State of New Hampshire for the alleged violation of RSA 659:34, I (c), in connection with the 2012 General Election. The payment of this amount shall be submitted by or before December 31, 2013.

9.     Both Payments shall be made by check drawn in the name of "Treasurer, State of New Hampshire," and shall be mailed to Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire 03301, Attn: Assistant Attorney General Stephen G. LaBonte.

10.    The effective date of this Consent Agreement shall be December 23, 2013.

2

SAU091

11.     This Consent Agreement shall be construed in accordance with the laws of

the State of New Hampshire.

ADAM G. KUMPU

Date: 12 16 13

By: Adam G. Kumpu

JANINE F. KUMPU

Date: 12 16 13

By Janine F. Kumpu

STATE OF NEW HAMPSHIRE

JOSEPH A. FOSTER, ATTORNEY GENERAL

Date: 12 23 13

By:     Stephen G. LaBonte, Esq.
        Assistant Attorney General
        33 Capitol Street
        Concord, New Hampshire 03301
        (603) 271-3650

971849

3

©2010 Artistic Checks   1-800-224-7621 \\ www.artisticchecks.com

Richard C Kumpu
Janine Kumpu
48 Nowns Quarry Rd
Milford, NH 03055

54-14/114

**1231**

Date 12/16/13

Pay to the
Order of  Treasurer Stare of NH                    $ 1000.00

One Thousand and m/100                            Dollars

**ST. MARY'S BANK**

For

Janine Kumper

⑆011400149⑆   800500597⑆   1231

---

©2010 Artistic Checks   1-800-224-7621 \\ www.artisticchecks.com

Richard C Kumpu
Janine Kumpu
48 Nowns Quarry Rd
Milford, NH 03055

54-14/114

**1232**

Date 12/16/13

Pay to the
Order of  Treasurer Stare of NH                    $ 250.00

Two Hundred Fifty and m/100                        Dollars

**ST. MARY'S BANK**

For

Janine Kumper

⑆011400149⑆   800500597⑆   1232

SAU093

# NIXON, VOGELMAN,
# BARRY, SLAWSKY & SIMONEAU

PROFESSIONAL ASSOCIATION

DAVID L. NIXON
LESLIE C. NIXON
LAWRENCE A. VOGELMAN•
THOMAS T. BARRY••
DAVID P. SLAWSKY•
KIRK C. SIMONEAU

•Admitted in NH and NY
••Admitted in NH and VA

*Attorneys at Law*

*Seventy-seven Central Street*

*Manchester, New Hampshire 03101*

TELEPHONE 603-669-7070
TOLL FREE 1-800-207-7000
FAX 603-669-7080
www.davenixonlaw.com

ROBERT CHRISTY
OF COUNSEL

MARTIN F. LOUGHLIN
1995-2007

December 19, 2013

Stephen C. LaBonte
Assistant Attorney General
NH Department of Justice
Civil Law Bureau
33 Capitol Street
Concord, NH 03301

Dear Mr. LaBonte:

Enclosed please find the signed Consent Agreements, along with two checks made payable to the State of New Hampshire in the amounts of $1,000 and $250 as was agreed to in the agreement. Kindly forward to me a copy of the fully signed agreements.

If you have any questions, please let me know.

Very truly yours,

Lawrence A. Vogelman
*lvogelman@davenixonlaw.com*

LAV/lmp
Enclosure
cc: Janine and Adam Kumpu

SAU094



SAU095

## CONSENT AGREEMENT

This Consent Agreement is entered into by and between the State of New Hampshire, Office of the Attorney General ("State"), Adam G. Kumpu ("A. Kumpu") and Janine F. Kumpu ("J. Kumpu") as of the effective date specified herein. The parties hereby agree to undertake the following:

1.      This consent agreement is entered into by the State with A. Kumpu and J. Kumpu (collectively referred to as the "Settling Parties") to resolve the State's claims for alleged violations of the New Hampshire voter fraud statute, RSA 659.34, I (b) and (c) during the 2012 general election campaign.

2.      Under New Hampshire law, a person is subject to a civil penalty not to exceed $5,000 if such person:

Votes more than once for any office or measure; and/or

Applies for a ballot in a name other than his or her own.

RSA 659:34, I (b), (c).

3.      The State alleges in this matter that A. Kumpu voted more than once for any office during the 2012 General Election, in that A. Kumpu voted by absentee ballot in the Town of Milford and registered and voted in the City of Keene on November 6, 2012.

4.      The State further alleges J. Kumpu applied for a ballot in a name other than her own, in that J. Kumpu completed a State of New Hampshire absentee ballot application utilizing the personal identifying information of A. Kumpu and signing A.

Kumpu's name on the signature line. J. Kumpu then submitted the application to the Milford Town Clerk.

5. RSA 659:34 authorizes the Attorney General to impose a civil penalty for violations of 659:34 in the amount of $5,000 per violation.

6. This Consent Agreement is intended to resolve all of the State's claims and potential claims against the Settling Parties under RSA 659:34 in connection with the 2012 General Election.

7. A. Kumpu agrees to pay a total of $5,000 to the State of New Hampshire for the alleged violation of RSA 659:34, I (b), in connection with the 2012 General Election. Four thousand dollars ($4,000) of the amount above shall be held in abeyance for a period of five (5) years, to be brought forward in the event of any further violations of New Hampshire election law. The payment of $1,000 shall be submitted by or before December 31, 2013.

8. J. Kumpu agrees to pay a total of $250.00 to the State of New Hampshire for the alleged violation of RSA 659:34, I (c), in connection with the 2012 General Election. The payment of this amount shall be submitted by or before December 31, 2013.

9. Both Payments shall be made by check drawn in the name of "Treasurer, State of New Hampshire," and shall be mailed to Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire 03301, Attn: Assistant Attorney General Stephen G. LaBonte.

10. The effective date of this Consent Agreement shall be _December 23, 2013,_

SAU097

11.     This Consent Agreement shall be construed in accordance with the laws of

the State of New Hampshire.

ADAM G. KUMPU

Date: $\underline{1\partial\,|\,1\,\mathcal{k}\,|\,1\,3}$

By: Adam G. Kumpu

JANINE F. KUMPU

Date: $\underline{1\,7/15/13}$

By Janine F. Kumpu

STATE OF NEW HAMPSHIRE

JOSEPH A. FOSTER, ATTORNEY GENERAL

Date: $\underline{12/23/13}$

By:     Stephen G. LaBonte, Esq.
        Assistant Attorney General
        33 Capitol Street
        Concord, New Hampshire 03301
        (603) 271-3650

971849

3                                                                    SAU098

**NH OAG # 2013-105257**



**ADAM G. KUMPU**
**DOB** ▮▮▮▮▮
**SS#** ▮▮▮▮▮
**(C)** ▮▮▮▮▮
**(H)** ▮▮▮▮▮▮▮, **Milford, NH**
**(College)** ▮▮▮▮▮▮▮, **NH 03431**

I interviewed Adam Kumpu on 10/11/13. Adam admitted completing an absentee ballot and sending it to the Town of Milford, NH. He then admitted to also registering to vote and voting in the Presidential Election in Keene, NH on November 6, 2012. Adam reviewed the application for the absentee ballot and advised that he recognized the printing/writing as that of his mother, Janine Kumpu.                                                          **TAB 1**

I interviewed Janine Kumpu on 10/11/13. Janine admitted to obtaining the application for the absentee ballot and printing out the information on the form. I asked if the signature of Adam Kumpu was completed by her. Her response, "Could not be Adam's, it could definitely be mine, but I don't recall." I inquired if she had delivered the application to the Town Clerk's office and she could not recall doing that either.                                         **TAB 2**

## HISTORY

12/03/12 Roberta (Bobbi) SCHELBERG, Chairperson of the Supervisor of the Checklist in Milford, NH notified NH Votes that an Adam Kumpu had voted absentee in Milford, NH and had also voted in Keene, NH.

12/13/12 Colleen McCormack-Lane of HAVA notified OAG.

### SEQUENCE

On or before 10/17/12 Janine KUMPU went to the Milford Town Clerk's office and obtained an application for an absentee voter ballot from Claire Callahan.

10/19/12 a completed application for an absentee ballot is "dropped off" at the Milford Town Clerk's office. Deputy Clerk, Claire Callahan then sends an absentee ballot to Adam Kumpu at ▮▮▮▮▮▮▮ Keene, NH 03435-5708 address.                              **TAB 3**

11/01/12 Adam Kumpu placed the absentee ballot in the mail room at Keene State College.

11/02/12 the absentee ballot is processed at the Manchester NH Post Office. **TAB 4**

11/03/12 the absentee ballot of Adam Kumpu is received by the Milford Town Clerk's
office. **TAB 4**

11/06/12 Adam Kumpu registers to vote in Keene, NH and proceeded to vote. **TAB 5**

11/06/12 the absentee ballot submitted by Adam Kumpu is opened in Milford, NH. It
appears the affidavit envelope containing the ballot was unsigned but that fact was not
realized at the time. The ballot is processed and later it was determined through ElectioNet
that Adam KUMPU had already registered and voted in Keene, NH. The left hand side of
the Voter Checklist is difficult to see but there are the letters "AB" for absentee ballot.**TAB 6**

## OBSERVATIONS

JANINE KUMPU:
- Admits to obtaining the absentee ballot application.
- Admits to completing the printing on the application that is the data for Adam
  Kumpu.
- Her comment to the signature of Adam, "Could not be Adam's, it could
  definitely be mine, but I don't recall."
- She also does not recall delivering the application to Town Hall.

ADAM KUMPU:
- Initially advised he was either home or mother brought him the absentee application.
  Upon seeing the printing determined it was his mother's printing.
- Indicates things were hectic at Keene State College and doesn't recall mailing the
  absentee ballot potentially on November 1, 2012 and then going to the polls
  November 6, 2012 in Keene, NH where he registered to vote and then voted.

958862





## STATE OF NEW HAMPSHIRE
### Application for State Election Absentee Ballot
(RSA 657:4)
Absence (*Excluding Absence Due to Residence Outside the United States*),
Religious Observance, and Disability

**For Official Use Only**
Voter Not registered ☐

I. I hereby declare that (check one):

II. New Hampshire law requires that you vote in person at the polling place for your town or ward unless you declare one of the following absences:

III. I am requesting an official absentee ballot for the following election (check only one):

IV. Applicant's Name (Please Print):

Barcous        Adams                    Gabriel
Last Name       First Name              Middle Name        (Jr., Sr., II,III)

Applicant's Voting Domicile (home) Address:

48 Rocks Goddby Rd  Milford            03055
Street Number  Street Name  Apt/Unit  City/Town   Ward   Zip Code

Mail the ballot to me at this address (if different than the above home address) Keene State College

Applicant's Signature: _____  Date Signed: 10/17/2013
(Voter must sign to receive an absentee ballot)

Mail/fax/or hand deliver this completed form to your local City/Town Clerk.
Visit our website for local clerk addresses and fax numbers: http://www.sos.nh.gov/clerks

SAU101

GOOD

**NEW HAMPSHIRE VOTER REGISTRATION FORM**

RSA 654:7

*PLEASE PRINT OR TYPE*

| | FOR OFFICIAL USE |
|---|---|
| | NEW VOTER |
| | NAME CHANGE |
| | ADDRESS CHANGE |
| | PARTY CHANGE |
| | DELETION |

1. LAST NAME (including suffix if any)
Kumpu

FIRST NAME
Adam

FULL MIDDLE NAME
Gabriel William

2. RESIDENCE ADDRESS (Street & House (Apt.) Number)
48 Moors Quarry

TOWN OR CITY
— City/Ward

ZIP CODE
03055

3. MAILING ADDRESS (If different from residence address)

TOWN OR CITY
Milford

STATE

ZIP CODE

4. PLACE OF BIRTH (Town/City and State)
Nashua, New Hampshire

COUNTRY (If not USA)

DATE OF BIRTH

5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)

DATE NATURALIZED

(State and Zip Code)

6. PLACE LAST REGISTERED TO VOTE (Street & House (Apt.) Number)

(Town or City & Ward)

8. PARTY AFFILIATION (if any)
Dem

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT

9. DRIVER'S LICENSE NUMBER        STATE (If not NH)

IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER

**AFFIDAVIT**

My name is Adam Kumpu . I am today registering to vote in the city/town of Milford , New Hampshire.

I understand that to vote in this city/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that I can claim only one city/town as my domicile at a time. A domicile is that place, more than any other, where I sleep most nights of the year, or to which I intend to return after a temporary absence. By registering or voting today, I acknowledge that I am not registering to vote or voting in any other city/town.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town on this day, and if registering on election day, that I have not voted and will not vote at any other polling place this election.

[signature]                              Date 11/2/10

Signature of Applicant

Received by _____

Approved by _____

SUPERVISOR OF THE CHECKLIST/REGISTRAR OF VOTERS

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

SAU102

603 673 0030

Good

**NEW HAMPSHIRE VOTER REGISTRATION FORM** RSA 654:7

*PLEASE PRINT OR TYPE*

1. LAST NAME (including suffix if any): Kumpu
FIRST NAME: Adam
FULL MIDDLE NAME: Gabriel William

2. DOMICILE ADDRESS (Street & House (Apt.) Number): 162 Butler Ct.
TOWN OR CITY: KEENE
City Ward: 1
ZIP CODE: 03431/03435

3. MAILING ADDRESS (If different from domicile address): 229 Main St.
TOWN OR CITY: Keene
STATE: NH
ZIP CODE: 03435

4. PLACE OF BIRTH (Town/City and State): Nashua NH
COUNTRY (If not USA):
DATE OF BIRTH:

5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State):
DATE NATURALIZED:

6. PLACE LAST REGISTERED TO VOTE (Street & House (Apt.) Number): (Town or City & Ward )
(State and Zip Code):

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT:
8. PARTY AFFILIATION (if any): UND

9. DRIVER'S LICENSE NUMBER: 
STATE (If not NH):
IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER:

**AFFIDAVIT**

My name is Adam Kumpu. I am today registering to vote in the city/town of KEENE, New Hampshire.

I understand that to vote in this city/town, I must be 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that a person can claim only one state and one city/town as his or her domicile at a time. A domicile is that place, to which upon temporary absence, a person has the intention of returning. By registering or voting today, I am acknowledging that I am not domiciled or voting in any other state or any other city/town.

In declaring New Hampshire as my domicile, I realize that I am not qualified to vote in the state or federal elections in another state.

If I have any questions as to whether I am entitled to vote in this city/town, I am aware that a supervisor of the checklist is available to address my questions or concerns.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town, and, if registering on election day, that I have not voted and will not vote at any other polling place this election.

Signature of Applicant: _____
Date 11/6/12

Received by _____

Approved by _____
SUPERVISOR of CHECKLIST/REGISTRAR OF VOTERS

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

SAU103

October 2012

◆ Reply ◆ Reply to all ◆ Forward ⤴ ⤵ ✕ ◆ ◆ Close ② Help

| | | |
|---|---|---|
| From: | Brodeur, Paul | Sent: Fri 10/11/2013 12:14 PM |
| To: | Dempsey, MaryAnn; Head, Richard; LaBonte, Stephen G | |
| Cc: | | |
| Subject: | Adam and Janine Kumpu | |
| Attachments: | | |

View As Web Page

Mary Ann: got home from No Conway at Midnight. Called when I was done with Kumpu and I do not need to return to No. Conway at this point.

Met with Adam and Janine Kumpu separately with Atty. Vogelman. Interviews taped. Adam advised Mom must have gone to visit him seeing app. signed on 10/17. Adam admitted the printing and writing appears to be that of his Mom, Janine. He tried to indicate hectic schedule at school he must have forgotten he sent in absentee ballot. Ques. how forgot when would have been mail Nov 1 or 2 and received in Milford on Nov 3 then went to vote Nov 6. "Just busy, hectic etc"

Janine admitted going to town hall and picking up the app. Recalled having a conversation with Claire Callahan, Deputy Clerk who she has known for a long time. Thought Adam had come home to get app. When saw printing and writing admitted was her's. Ques. seeing signed 10/17 and absentee ballot sent out on 10/19 if she returned the absentee app to town hall. Didn't recall doing that. Will get interviews transcribed.

SAU104

**KUMPU, ADAM**

- Adam registered to vote in Milford, NH 11/02/10
- Adam requested an Absentee ballot from Milford 10/19/12
  - ○ Ballot received by Milford, NH on 11/03/12
- Adam registered and voted in Keene, NH 11/06/12

Obtained the voter registrations for:

- Richard Kumpu - father
- Janine Kumpu – mother
- Nine Kumpu – sister
- Adam Kumpu

I compared the printing and writing and had Inv. Flanagan also review. Both agree appears that "Absentee Ballot" was completed by **JANINE KUMPU** and submitted in the name of Adam Kumpu.

641:3 Absentee

657:24

657:6 filled out by app.

659:34 (c) civil penalty.
(d)

## KUMPU, ADAM

- Adam registered to vote in Milford, NH 11/02/10
- Adam requested an Absentee ballot from Milford 10/19/12
  - ○ Ballot received by Milford, NH on 11/03/12
- Adam registered and voted in Keene, NH 11/06/12

Obtained the voter registrations for:

- Richard Kumpu - father
- Janine Kumpu – mother
- Nine Kumpu – sister
- Adam Kumpu

I compared the printing and writing and had Inv. Flanagan also review. Both agree appears that "Absentee Ballot" was completed by **JANINE KUMPU** and submitted in the name of Adam Kumpu.

## DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL

## INITIAL REPORT

| Matter ID #   2013105257 | Investigator: Paul E. Brodeur | Time:          Date: September 9, 2013 |
|---|---|---|

| Complainant: (last, first, middle) McCormack-Lane, Colleen | DOB: | SS# |
|---|---|---|
| Address: 71 So Fruit St. Concord, NH 03301 | Tel. Residence Cell Business 603-271-8241 | E-Mail Colleen.McCormack-Lane@sos.nh.gov |

| Offense Location: (no/street/apt/city/state/zip) NH | Date: 11/06/12 Time:      Date:      Time: |
|---|---|

**Offense: Misusing Absentee Ballot** — RSA: 657:24   Misd.
**Offense: Wrongful Voting** — RSA: 659:34 I b. Felony

| Victim: (last, first, middle) State of NH | DOB:          Age: |
|---|---|
| Address: (no/street/apt/city/state/zip) | Tel. Residence Cell Business E-Mail |

| Suspect: (last, first, middle) **KUMPU, ADAM** | DOB: ███████      Age: |
|---|---|
| Address: (no/street/apt/city/state/zip) ████████████ Milford, NH 03055 | Tel. Residence ████████████ Cell Business E-Mail ████████████ |

| Sex: | Race: | Height: | Weight: | Hair: |
|---|---|---|---|---|
| Eyes: | Build: | Complexion: | Glasses: | |
| Scars/Marks/Tattoos: | | Facial Hair: | | |
| Clothing Identification: | | | | |

| Vehicle: | Reg: | State: | Make: |
|---|---|---|---|
| Model: | Year: | Color: | VIN: |

Narrative: McCormack-Lane of HAVA received a report from Roberta Schelberg, Moderator in Milford, NH.  She is employed at Nashua City Clerk's office at 603-589-3010.   SHELBERG reports Adam KUMPU registered to vote in Milford, NH 11/02/10.  KUMPU requested an Absentee ballot on 10/19/12 from Milford, NH and it was received by Milford officials on 11/03/12.  KUMPU's absentee ballot was recorded as voting on 11/6/12.

KUMPU then goes to Ward 1 in Keene, NH and registers to vote as a new voter on 11/06/12.  KUMPU completes the Voter registration form furnishing his license as ID, mailing address of 229 Main St., Keene and domicile of 102 Butler Court, Keene, NH.  He then  votes in Keene, NH.

| Page      of      page | SIGNED | DATE |
|---|---|---|
| 1      2 | Paul E Brodeur | 9/ 9/13 |

**DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

**INITIAL REPORT**

The Keene State College student directory indicates that Adam KUMPU is a student at Keene State. I spoke with a Debra Barrett at 603-358-2842 regarding the addresses given by KUMPU. BARRETT advised that all Keene State College mail is sent to 229 Main St., Keene, NH. The computer screen she reviewed did not have a home address but has a tel. # of ███████.

946015

| Page    of    page | SIGNED | DATE |
|---|---|---|
| 2    2 | Paul C Broder | 9/ 9/13 |

**Myrdek, Mark**

| | |
|---|---|
| **From:** | Colleen McCormack-Lane [Colleen.McCormack-Lane@sos.nh.gov] on behalf of NHVotes [NHVotes@SOS.NH.GOV] |
| **Sent:** | Thursday, December 13, 2012 10:41 AM |
| **To:** | Myrdek, Mark |
| **Subject:** | FW: Milford - Voter issues |

Bingo, one found

Thank You,

# Colleen

Colleen E. McCormack-Lane
HAVA

Department of State
State House, Room 204 - 107 North Main St
Concord, NH  03301-4989

HAVA Office at 71 South Fruit St, Concord, NH  03301
Phone:  800.540.5954 - Fax:  603.271.8242

### STATEMENT OF CONFIDENTIALITY:
Any information contained in this electronic message or in any attachment to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s).  Please notify the Secretary of State's Office immediately at (603) 271-3242 or reply to nhvotes@sos.state.nh.us if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

**From:** Bobbi Schelberg [mailto:bschelberg@msn.com]
**Sent:** Monday, December 03, 2012 12:34 PM
**To:** NHVotes
**Subject:** Milford - Voter issues

Hello my friends in Concord:

I have two voter issues:

1.)  It was confirmed with Keene NH that a voter of Milford's did register to vote on election day 11/6/2012 and he voted absentee ballot in Milford with his ballot coming back to us 11/03/2012.  His name is Adam Kumpu #▓▓▓▓▓▓▓

2.)  We have a Robert Silva on ▓▓▓▓▓▓▓▓▓ Milford that has someone voting under his name.  We have tried several time to apprehend him but we keep missing him.  What should we do?  This guy has the name Robert Silva I believe he's six years older than the real Robert Silva he tried changing the address to 26 Nashua Street.  Because we cannot get verification from the Town Clerk (DMV) or any other agency we are stuck.  Should I just send out a letter to that address and see what happens?  Or does the AG's office get involved.  I was going to sit at the S checklist in March the only alternative I can think of....

Who do I contact at the AG's office about Mr. Kumpu?  I thought it was Jim Kennedy but I can't remember.  And you need copies of the registration forms from Milford and Keene correct?  Can we fax them to you or your need them

1

SAU109

mailed?  Keene wanted to know as well.

Thank you!

Bobbi Schelberg
Chairperson of the Supervisor of the Checklist
Milford, NH
bschelberg@msn.com
603-672-0783

Bobbi Schelberg BSchelberg@msn.com

SAU110

## DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
### CONTINUATION OF INVESTIGATION/ARREST REPORT

| Matter # | Case Name | Investigator | Report Date |
|---|---|---|---|
| 2013105257 | KUMPU, ADAM (Schelberg, Bobbi complainant) | Paul E. Brodeur | September 26, 2013 |

The initial notification was 12/03/12 at 1234 hrs. from Roberta (Bobbi) Schelberg, Chairperson of the Supervisor of the Checklist Milford, NH to NH Votes that an Adam Kumpu voted absentee in Milford and registered to vote in Keene, NH.

12/13/12 Colleen McCormack-Lane of HAVA responds to Inv. Mark Myrdek that she found some particulars.

09/09/13 I reviewed the file and began processing the complaint. I was able to determine that Adam KUMPU is a student at Keene State College by an address check of 229 Main St., Keene, NH on his voter registration form. I contacted a Debra Barrett at Keene State College and she advised that all mail for Keene State is delivered to 229 Main St., Keene, NH. She directed me to the student web site and found Adam Kumpu with an email address of ███████████████████ and a tel. of ██████████. I determined that the tel. # was not operating. I contacted the Milford NH Police Department and they were able to furnish the following cell #s:
- Adam Kumpu of ██████████
- Janine Kumpu of ██████████

I sent an email to Adam and called the above cell and left a message for him to contact me.

I contacted McCORMACK-LANE and requested HAVA documents – received.

09/10/13 I contacted SCHELBERG and requested the voter checklist. SCHELBERG requested the document from Milford and then faxed to my attention. SCHELBERG commented, "Keene scanned him before we did – hence that's how we caught it."

I responded to SHELBERG inquiring if Milford had determined he had voted in Keene did they count the ballot. SCHELBERG responded, "Yes, Milford opened the absentee ballots counted him as voted and scanned into the system. When we went to scan we noticed that Keene had already scanned him and we contacted Keene to find out if it was an error or not. that's when Keene told us that he had gone to their Town and registered the day of the election and voted.

I noticed from a lot of voters that a lot of them believe that absentee ballots are not counted unless they need to break a tie. Not sure how that got out there but we tell them it's not true."

I had also requested a copy of the absentee ballot paperwork. I was advised that the Clerk, Peggy LANGELL was at a conference therefore I would receive later.

| Page | of | pages | SIGNED | DATE |
|---|---|---|---|---|
| 1 | 2 | | Paul E Brodeur | 9/26/13 |

## DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
## CONTINUATION OF INVESTIGATION/ARREST REPORT

| Matter # | Case Name | Investigator | Report Date |
|---|---|---|---|
| 2013105257 | KUMPU, ADAM (Schelberg, Bobbi complainant) | Paul E. Brodeur | September 26, 2013 |

09/17/13 I received a fax from LANGILL that included the envelope that the absentee arrived in, the document requesting the absentee ballot and an absentee certificate that was not signed. I had also received the Adam KUMPU registrations from Milford and Keene, NH. Upon reviewing the forms it appeared that the printing and signature on the Milford and Keene voter registration forms were consistent but that the printing and signature on the absentee application is not the same.

09/25/13 I had not received an email or call from Adam KUMPU. I called his cell and left another message. I also called and left a message on the cell phone of his mother, Janine requesting that she have Adam call me.

1038 hrs. there was a voice mail on my phone from Adam KUMPU. We finally spoke at 1256 hrs. and were to make arrangements to meet in Keene, NH in that he has classes until 1700 hrs.

I requested the registrations for the other KUMPU family members being Richard, Janine and Nina. LANGILL advised they would be forwarded.

09/26/13 I received a fax with the prior registrations for Richard, Janine, Adam and Nina KUMPU.

1105 hrs. I called and left a message for Adam inquiring if Tues. OCT 1, 2013 approximately 1730 hrs. would be available.

1145 hrs. I received a call from a male identifying himself as Richard KUMPU, father of Adam. He inquired what the issue was and advised re: voting in Keene and an absentee vote in Milford. Richard responded that Adam had requested an absentee ballot but when he found out he could vote in Keene, he (Adam) did not send in the absentee ballot. I advised Richard from all indications the ballot had been sent in. I advised Richard that I was going to be calling the family for known handwriting and he advised that he understood. Richard agreed to be with Adam on 10/01/13 at 1800 hrs. along with Janine to meet with me at the Keene, NH Police Department.

952221

| Page | of | pages | SIGNED | DATE |
|---|---|---|---|---|
| 2 | 2 | | Paul C Brodeur | 9/26/13 |

### DEPARTMENT OF JUSTICE
### OFFICE OF THE ATTORNEY GENERAL
### CONTINUATION OF INVESTIGATION/ARREST REPORT

| Matter # | Case Name | Investigator | Report Date |
|---|---|---|---|
| 2013105257 | KUMPU, ADAM (Schelberg, Bobbi complainant) | Paul E. Brodeur | October 15, 2013 |

I had spoken with Adam and Janine KUMPU on 10/11/13. Janine advised that she had obtained the application for an absentee ballot from Claire Callahan who has known the Kumpu family forever. Janine KUMPU did not recall how the application for the absentee ballot had been returned to the Town Clerk's office.

0804 hrs. spoke with Margaret PEGGY LANGILL, Town Clerk for Milford, NH.

LANGILL has also known the KUMPU family for a very long time and described them as a law abiding and upstanding family. LANGILL evidently is aware of the Adam KUMPU writing in that she looked at the application and noted "that is not Adam's writing." LANGILL obtained the original application and it is clearer that the application was date signed on 10/17/12 and "Dropped Off" 10/19/12.

I inquired what was the normal process for absentee ballots. LANGILL advised that the absentee request can be printed from the web site but in this case the application was picked up at the Clerk's Office. The application is returned to the Town Clerk and an absentee ballot is sent to the requester. Once the absentee ballot is received at the Clerk's Office, LANGILL uses a rubber band to put together the application and the sealed envelope containing the envelope affidavit that contains the ballot. On Election Day the Moderator and/or workers open the outside sealed envelope that contains the affadavit envelope that has the voter's signature on the outside. The signature on the application and the envelope containing the ballot are suppose to be compared for accuracy. Once both signatures agree the ballot envelope is opened and the ballot is processed. **In this case the envelope containing the ballot from all indications was blank therefore the entire package should have been put aside.**

LANGILL spoke with the Moderator, Peter Basiliere and he advised that he had in excess of 650 absentee ballots and over 900 people that registered on November 6, 2012. He needed to recruit two former workers to assist in the processing. Because of the sheer volume he presumes that the envelopes were opened and signatures not checked seeing the blank envelope is possibly that of Adam Kumpu. LANGILL advised that she had gone through the box of absentee envelopes 3 times and did not find an affidavit envelope with the name of Adam Kumpu on it. LANGILL looked at the printing for the return address on the outer envelope and indicated that writing was that of Adam Kumpu.

The outer envelope has a cancelation date of **2 NOV 12** received at the Clerk's Office **NOV 3, 2012.** LANGILL advised the 3 is hand written in that their date stamp was wrong and they manually corrected it.

| Page | | of | | pages | SIGNED | | DATE |
|---|---|---|---|---|---|---|---|
| 1 | | 2 | | | Paul C Brodeur | | 10/15/13 |

SAU113

## DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
## CONTINUATION OF INVESTIGATION/ARREST REPORT

| Matter # | Case Name | Investigator | Report Date |
|---|---|---|---|
| 2013105257 | KUMPU, ADAM (Schelberg, Bobbi complainant) | Paul E. Brodeur | October 15, 2013 |

0826 hrs. spoke with: CLAIRE CALLAHAN, Assistant Clerk for the Town of Milford.

CALLAHAN advised that she has known the KUMPU family forever. CALLAHAN does recall Janine KUMPU coming into the Clerk's office to pick up the absentee ballot application.

CALLAHAN does not recall if Janine KUMPU dropped off the application but she confirms that the words "**Dropped Off** are her writing and the Date Mailed **10/19/12** is also her writing and that would be the date that she sent out the absentee ballot to Adam KUMPU at the Keene State College address.

958593

| Page | | of | | pages | SIGNED | DATE |
|---|---|---|---|---|---|---|
| 2 | | 2 | | | Paul E Brodeur | 10/15/13 |



Name Adam Kumpu

122 Adam Street #5702

Voting Address

Keene        NH        03435

City          State          Zip

FORM P

MANCHESTER NH 030

2012 PM 11

☆

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service™

ENCLOSED IS THE BALLOT OF AN ABSENTEE VOTER.

TO: TOWN OR CITY CLERK OF Milford, N.H.

03055

RECEIVED
NOV 05 2012
TOWN OF MILFORD

SAU115

**Brodeur, Paul**

| | |
|---|---|
| **From:** | Colleen McCormack-Lane [Colleen.McCormack-Lane@sos.nh.gov] |
| **Sent:** | Monday, September 09, 2013 10:28 AM |
| **To:** | Brodeur, Paul |
| **Subject:** | Kumpu - Attachments |
| **Attachments:** | Kumpu - Keene Prev Address.png; Absentee Ballot Info - Milford.png |

Paul,

Please find the Kumpu attachments we spoke of.

Thank You,

# Colleen

Colleen E. McCormack-Lane

HAVA

Department of State

State House, Room 204 - 107 North Main St

Concord, NH  03301-4989

HAVA Office at 71 South Fruit St, Concord, NH  03301

Phone:  800.540.5954 - Fax:  603.271.8242

**STATEMENT OF CONFIDENTIALITY:**

Any information contained in this electronic message or in any attachment to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s).  Please notify the Secretary of State's Office immediately at (603) 271-3242 or reply to nhvotes@sos.state.nh.us if you are not the intended recipient and destroy all copies of this electronic message and any attachments.

SAU116

**Brodeur, Paul**

| | |
|---|---|
| **From:** | Bobbi Schelberg ██████████████████ |
| **Sent:** | Tuesday, September 10, 2013 2:09 PM |
| **To:** | Brodeur, Paul |
| **Subject:** | RE: Kumpu |

Yes, Milford opened the absentee ballots counted him as voted and scanned into the system.  When we went to scan we noticed that Keene had already scanned him and we contacted Keene to find out if it was an error or not.  that's when Keene told us that he had gone to their Town and registered the day of the election and voted.

I noticed from a lot of voters that a lot of them believe that absentee ballots are not counted unless they need to break a tie.   Not sure how that got out there but we tell them it's not true.

Thanks!


Bobbi Schelberg  ███████████████████

---

Subject: Kumpu
Date: Tue, 10 Sep 2013 13:12:20 -0400
From: Paul.Brodeur@doj.nh.gov
To: ████████████████████

You indicate as a PS Keene scanned him before Milford – that's how you caught it.  Ques.  If you caught that he had already voted in Keene, does the check mark indicate that Milford processed his absentee ballot and count it as voting?
Paul. E. Brodeur, Investigator
Department of Justice
Office of the Attorney General
33 Capitol Street
Concord, NH 03301
(603)271-3671
fax (603)223-6245

SAU117



Name Adam Kumpia
229 Main Street #5108
Voting Address
Keene          NH          03435
City          State          Zip

FORM P

ENCLOSED IS THE BALLOT OF AN ABSENTEE VOTER.

TO: TOWN OR CITY CLERK OF Milford, N.H.

03055

SAU118



# STATE OF NEW HAMPSHIRE
## Application for State Election Absentee Ballot
(RSA 657:4)
Absence (*Excluding Absence Due to Residence Outside the United States*),
Religious Observance, and Disability

| For Official Use Only | I. I hereby declare that (check one): |
|---|---|
| Voter Not registered ☐ | |

II. New Hampshire law requires that you vote in person at the polling place for your town or ward unless you declare one of the following absences:

Any person who votes or attempts to vote using an absentee ballot who is not entitled to vote by absentee ballot shall be guilty of a misdemeanor. RSA 657:24

III. I am requesting an official absentee ballot for the following election (check only one):

IV. Applicant's Name (Please Print):

Kuumpu          Adam                         Gabriel
Last Name        First Name                  Middle Name          (Jr., Sr., II,III)

Applicant's Voting Domicile (home) Address:

48 Needs Quoeey Rd  miltord                              03055
Street Number   Street Name   Apt/Unit   City/Town   Ward   Zip Code

Mail the ballot to me at this address (if different than the above home address) Keene State College

St

Applicant's Signature: Adam S Kuumpu          Date Signed: 10/17/2012
                       (Voter must sign to receive an absentee ballot)

Mail/fax/or hand deliver this completed form to your local City/Town Clerk.
Visit our website for local clerk addresses and fax numbers: http://www.sos.nh.gov/clerks

SAU119

## STATE OF NEW HAMPSHIRE

**Absence from City or Town.** A person voting by absentee ballot because of absence from the city or town in which he or she is entitled to vote shall fill out and sign the following certificate: I do hereby certify under the penalties for voting fraud set forth below that I am a voter in the city or town of _____ , New Hampshire, in ward ___ ; that I will be unable to appear at any time during polling hours at my polling place because I will be working on election day or will be otherwise absent on election day from said city or town and will be unable to vote in person; that I have carefully read (or had read to me because I am blind) the instructions forwarded to me with the ballot herein enclosed and that I personally marked the ballot within and sealed it in this envelope (or had assistance in marking the ballot and sealing it in this envelope because I am blind).

Signature _____

Print Name _____

## STATE ABSENTEE

**Absence Because of Religious Observance or Physical Disability.** A person voting by absentee ballot because of religious observance or physical disability shall fill out and sign the following certificate: I do hereby certify under the penalties for voting fraud set forth below that I am a voter in the city or town of _____ , New Hampshire, in ward ___ ; that I will be observing a religious commitment which prevents me from voting in person or that on account of physical disability I am unable to vote in person; that I have carefully read (or had read to me because I am blind) the instructions forwarded to me with the ballot herein enclosed and that I personally marked the ballot within and sealed it in this envelope (or had assistance in marking the ballot and sealing it in this envelope because I am blind).

Signature _____

Print Name _____

In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.

FORM O

*PLEASE PRINT OR TYPE*   NEW HAMPSHIRE VOTER REGISTRATION FORM   RSA 654:7

| 1. LAST NAME (including suffix if any) | FIRST NAME | FULL MIDDLE NAME | FOR OFFICIAL USE |
|---|---|---|---|
| Kumpu | Adam | Gabriel William | NEW VOTER |

FOR OFFICIAL USE:
- NEW VOTER
- NAME CHANGE
- ADDRESS CHANGE
- PARTY CHANGE
- DELETION

2. RESIDENCE ADDRESS (Street & House (Apt.) Number)   City Ward   ZIP CODE
48 Noons Quarry   03055

3. MAILING ADDRESS (if different from residence address)   TOWN OR CITY   STATE   ZIP CODE
Milford

4. PLACE OF BIRTH (Town/City and State)   COUNTRY (if not USA)   DATE OF BIRTH
Nashua, New Hampshire

5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)   DATE NATURALIZED

6. PLACE LAST REGISTERED TO VOTE (Street & House (Apt.) Number)   (Town or City & Ward)   (State and Zip Code)

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT   8. PARTY AFFILIATION (if any)
Dem

9. DRIVER'S LICENSE NUMBER   STATE (if not NH)   IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER

**AFFIDAVIT**

My name is Adam Kumpu , I am today registering to vote in the city/town of Milford , New Hampshire.

I understand that to vote in this city/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that I can claim only one city/town as my domicile at a time. A domicile is that place, more than any other, where I sleep most nights of the year, or to which I intend to return after a temporary absence. By registering or voting today, I acknowledge that I am not registering to vote or voting in any other city/town.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town on this day, and if registering on election day, that I have not voted and will not vote at any other polling place this election.

Signature of Applicant: _Adam Kumpu_   Date: 11/2/10

Received by _RC_

Approved by _____

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

SUPERVISOR OF THE CHECKLIST/REGISTRAR OF VOTERS

SAU121

603 673 0030

7/07

Print Date : 10/30/2012

Of. al Checklist
STATE GENERAL ELECTION - 11/06/2012

| Party | Voter Name | Identity | Domicile Address | Ward | Voter ID | Barcode |
|-------|-----------|----------|------------------|------|----------|---------|
| **Ward 00 CONT.** | CVA | | | | | |
| UND | KRYCKI, CORRINE ANNE | ☐ | 44 RUONALA RD | 00 | 149028198 | |
| REP | KUCHAR, NANCY J | ☐ | 38 OAK ST | 00 | 300022718 | |
| UND | KUCHARSKI, WILLIAM J | ☐ | 17 MAYFLOWER DR | 00 | 158004965 | |
| UND | KUKELKA, JOHN EDWARD | ☐ | 487 NASHUA ST | 00 | 300197439 | |
| UND | KULBACHIAN, CHARLES C | ☐ | 8 LEDGEWOOD DR | 00 | 007003891 | |
| UND | KULMAN, KATHERINE | ☐ | 171 FEDERAL HILL RD | 00 | 300166087 | |
| DEM | KUMPU, ADAM GABRIEL | ☐ | 48 NOONS QUARRY RD | 00 | 300205890 | |
| DEM | KUMPU, JANINE P | ☐ | 48 NOONS QUARRY RD | 00 | 158004970 | |
| DEM | KUMPU, NINA MARIE | ☐ | 48 NOONS QUARRY RD | 00 | 300145841 | |
| DEM | KUMPU, RICHARD C | ☐ | 48 NOONS QUARRY RD | 00 | 158004971 | ✓ |
| UND | KUNZ, JUSTIN RICHARD | ☐ | 21 BEAR CT | 00 | 300145765 | |
| UND | KURLAND, KENNETH JOSEPH | ☐ | 9 BADGER HILL DR | 00 | 158004972 | |
| REP | KURLANDER, DAVID L | ☐ | 15 GREATBROOK RD | 00 | 158004973 | |
| REP | KURLANDER, JOYCE J | ☐ | 15 GREATBROOK RD | 00 | 158004975 | |
| DEM | KURTENBACH, SHIRLEY ARN | ☐ | 4 CHRISTINE DR | 00 | 300010069 | |
| UND | KURTZ, AXEL FRANCIS | ☐ | 105 BOULDER DR | 00 | 158004976 | |
| UND | KURTZ, CASSANDRE JEANNE | ☐ | 105 BOULDER DR | 00 | 300047069 | |

Of.  al Checklist

| Print Date : 10/30/2012 | | STATE GENERAL ELECTION - 11/06/2012 | | |
|---|---|---|---|---|
| Party | Voter Name | Identity | Domicile Address | Ward |
| Ward 00 CONT. | | CVA | | |
| UND | KRYCKI, CORRINE ANNE | ☐ | 44 RUONALA RD | 00 |
| REP | KUCHAR, NANCY J | ☐ | 38 OAK ST | 00 |
| UND | KUCHARSKI, WILLIAM J | ☐ | 17 MAYFLOWER DR | 00 |
| UND | KUKULKA, JOHN EDWARD | ☐ | 487 NASHUA ST | 00 |
| UND | KULBASHIAN, CHARLES C | ☐ | 8 LEDGEWOOD DR | 00 |
| UND | KULMAN, KATHERINE | ☐ | 171 FEDERAL HILL RD | 00 |
| DEM | KUMPU, ADAM GABRIEL | ☐ | 48 NOONS QUARRY RD | 00 |
| DEM | KUMPU, JANINE P | ☐ | 48 NOONS QUARRY RD | 00 |
| DEM | KUMPU, NINA MARIE | ☐ | 48 NOONS QUARRY RD | 00 |
| DEM | KUMPU, RICHARD C | ☐ | 48 NOONS QUARRY RD | 00 |
| UND | KUNZ, JUSTIN RICHARD | ☐ | 21 BEAR CT | 00 |
| UND | KURLAND, KENNETH JOSEPH | ☐ | 9 BADGER HILL DR | 00 |
| REP | KURLANDER, DAVID L | ☐ | 15 GREATBROOK RD | 00 |
| REP | KURLANDER, JOYCE J | ☐ | 15 GREATBROOK RD | 00 |
| DEM | KURTENBACH, SHIRLEY ARN | ☐ | 4 CHRISTINE DR | 00 |
| UND | KURTZ, AXEL FRANCIS | ☐ | 105 BOULDER DR | 00 |
| UND | KURTZ, CASSANDRE JEANNE | ☐ | 105 BOULDER DR | 00 |

# TOWN OF MILFORD

## OFFICE OF THE TOWN CLERK

| | |
|---|---|
| *TO:* | **AG Office-Paul Brodeur** |
| *FROM:* | **Peggy-Town Clerk** |
| *FAX:* | 223-6245 |
| *DATE:* | **September 17, 2013** |
| *PAGE:* | |
| *SUBJ:* | **Adam Kumpu** |

MILFORD, NEW HAMPSHIRE
EST. 1794
THE GRANITE TOWN

◆ ・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・・ ◆

*SPECIAL INSTRUCTIONS:* _____

_____

_____

_____

_____

*If transmission is not clear or should you have any questions please contact:*

_____ *Peggy* _____ *at (603)249-0650 or email plangell@milford.nh.gov*

# Thank you!

SAU124

**VOTER REGISTRATION CARD**
(Please print or type)

1. Name .. Kympu........ Richard........ C. ..........   2. Party ____
   Last        46 Dearborn sr.   Middle Initial      Affiliation (if any)

3. Address .... 5 . Berry . Ct. .. 39 . Webster St. 18 Millbrook
   Street                  (Ward No.)          Derry

   Milford ........ N.H. ...................   03055
   City/Town                                    Zip

4. Birth Place ▊▊▊▊▊▊
   City/Town                              State

5. If a naturalized citizen, give name of court where and date when naturalized ...............

6. Date of Birth .... ▊▊▊▊ .... 7. Date of Registration ........ ▊▊▊▊
                                                        Mo/Day/Yr

8. Place last registered to vote, if not a new registrant ▊▊▊▊
                                                              (Ward No.)

9. Name under which previously registered . .............................

I hereby swear, under penalty of perjury, that my permanent established domicile is at the above address
and that the information above is true and correct to the best of my knowledge and belief.

Richard C. Kympu
(Signature of Applicant)

---

**VOTER REGISTRATION CARD**
(Please print or type)

1. Name . Kympu ... Janine ........ F. ........   2. Party Dem....
                    46 Dearborn st.   Middle Initial      Affiliation (if any)

3. Address 5 Berry Ct. 39 Webster St. 18 Millbrook Drive
   Street                  (Ward No.)

   Milford ...................   03055
   City/Town                     Zip

4. Birth Place . Camden ............. N.J. ..............
   City/Town                        State

5. If a naturalized citizen, give name of court where and date when naturalized ..............

6. Date of Birth.. 3-1-63 ......... 7. Date of Registration ...... 8-1-90
                 Mo/Day/Yr                                      Mo/Day/Yr

8. Place last registered to vote, if not a new registrant . Pembecke Park, F.I.
                                                            City/Town          (Ward No.)

9. Name under which previously registered . Janine Federici ...............

I hereby swear, under penalty of perjury, that my permanent established domicile is at the above address
and that the information above is true and correct to the best of my knowledge and belief.

Janine Kympu
(Signature of Applicant)

**PLEASE PRINT OR TYPE**

**NEW HAMPSHIRE VOTER REGISTRATION FORM**          RSA 654:7

FOR OFFICIAL USE

1. LAST NAME (including suffix if any)  
KUMPU

FIRST NAME  
Nina

FULL MIDDLE NAME  
Marie

2. RESIDENCE ADDRESS (Street & House (Apt.) Number)  
48 rooms Quarry Rd.

TOWN OR CITY  
Milford

City Ward NH

ZIP CODE  
03055

3. MAILING ADDRESS (if different from residence address)

TOWN OR CITY

STATE

ZIP CODE

4. PLACE OF BIRTH (Town/City and State)  
Peterborough NH

COUNTRY (if not USA)

DATE OF BIRTH

5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)

DATE NATURALIZED

6. PLACE LAST REGISTERED TO VOTE (Street & House (Apt.) Number)

(Town or City & Ward)

(State and Zip Code)

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT

8. PARTY AFFILIATION (if any)  
Dem

9. DRIVER'S LICENSE NUMBER

STATE  
(if not NH)

IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER

**AFFIDAVIT**

My name is ___Nina Kumpu___. I am today registering to vote in the city/town of ___Milford___, New Hampshire.

I understand that to vote in this city/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that I can claim only one city/town as my domicile at a time. A domicile is that place, more than any other, where I sleep most nights of the year, or to which I intend to return after a temporary absence. By registering or voting today, I acknowledge that I am not registering to vote or voting in any other city/town.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town on this day, and if registering on election day, that I have not voted and will not vote at any other polling place this election.

Signature of Applicant

Date ___11/04/0?___

Received by

Approved by

SUPERVISOR OF THE CHECKLIST/REGISTRAR OF VOTERS

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

SAU126

*PLEASE PRINT OR TYPE*

**NEW HAMPSHIRE VOTER REGISTRATION FORM**  RSA 654:7

1. **LAST NAME (including suffix if any)**  |  **FIRST NAME**  |  **FULL MIDDLE NAME**  |  FOR OFFICIAL USE

Kumar  |  Adam  |  Gabriel William

2. **RESIDENCE ADDRESS (Street & House (Apt.) Number)**  |  **TOWN OR CITY**  |  City Ward  |  **ZIP CODE**

48 Noons Quarry  |  Milford  |  03055

3. **MAILING ADDRESS (if different from residence address)**  |  **TOWN OR CITY**  |  **STATE**  |  **ZIP CODE**

4. **PLACE OF BIRTH (Town/City and State)**  |  **COUNTRY (if not USA)**  |  **DATE OF BIRTH**

Nashua, New Hampshire

5. **IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)**  |  **DATE NATURALIZED**

6. **PLACE LAST REGISTERED TO VOTE ( Street & House (Apt.) Number)**  |  **(Town or City & Ward )**  |  **( State and Zip Code)**

7. **NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT**  |  **STATE (if not NH)**  |  **B. PARTY AFFILIATION (if any)**

Dem

9. **DRIVER'S LICENSE NUMBER**  |  **IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER**

_ _ _ _

**AFFIDAVIT**

My name is  Adam Kumar  . I am today registering to vote in the city/town of  Milford  , New Hampshire.

I understand that to vote in this city/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that I can claim only one city/town as my domicile at a time. A domicile is that place, more than any other, where I sleep most nights of the year, or to which I intend to return after a temporary absence. By registering or voting today, I acknowledge that I am not registering to vote or voting in any other city/town.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town on this day, and if registering on election day, that I have not voted and will not vote at any other polling place this election.

*[signature]*
Signature of Applicant

Date 11/2/10



Received by  W

Approved by  *[signature]*

SUPERVISOR OF THE CHECKLIST/REGISTRAR OF VOTERS

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

SAU127

7107

# TOWN OF MILFORD

## OFFICE OF THE TOWN CLERK

| | |
|---|---|
| *TO:* | **Paul Brodeur** |
| *FROM:* | **Peggy-Town Clerk** |
| *FAX:* | 223-6245 |
| *DATE:* | May 20, 2013 |
| *PAGE:* | 4 |
| *SUBJ:* | **Kumpu** |

MILFORD, NEW HAMPSHIRE
EST. 1794
THE GRANITE TOWN

◆.............................................................................................................◆

*SPECIAL INSTRUCTIONS:*_____

_____

_____

_____

_____

*If transmission is not clear or should you have any questions please contact:*

_____ _Peggy_ _____ *at (603)249-0650 or email plangell@milford.nh.gov*

## Thank you!

SAU128



# Adam Kumpu

Email: Adam.Kumpu@ksc.keene.edu
Phone: 603-673-0830

Do Another Search?
Additional Profile Details? Fac/Staff Login

Faculty/Staff Directory
Department Directory
Chairs and Coordinators
Office Phone Directory
Alumni Directory
Student Directory

1-800-KSC-1909 · 229 Main St. Keene, New Hampshire 03435
© 2013 Keene State College. Keene State College is a member of the University System of New Hampshire.

769-0493  Adam   ✓ Good
533.0860 Janine  } Milford P.D.

9/9   message cell phone
9/25  message cell phone
      call to Janine - message cell phone

SAU129

**PLEASE PRINT OR TYPE**  NEW HAMPSHIRE VOTER REGISTRATION FORM  RSA 654:7

1. LAST NAME (including suffix if any)  FIRST NAME  FULL MIDDLE NAME

Kumpu  Adam  Gabriel William

2. DOMICILE ADDRESS (Street & House (Apt.) Number)  TOWN OR CITY  City Ward  ZIP CODE

102 Butler Butler Ct  KEENE  1  03431/03435

3. MAILING ADDRESS (If different from domicile address)  TOWN OR CITY  STATE  ZIP CODE

229 Main St.  Keene  NH  03435

4. PLACE OF BIRTH (Town/City and State)  COUNTRY (If not USA)  DATE OF BIRTH

Nashua, NH

5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)  DATE NATURALIZED

6. PLACE LAST REGISTERED TO VOTE (Street & House (Apt.) Number)  (Town or City & Ward)  (State and Zip Code)

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT  8. PARTY AFFILIATION (if any)

UND

IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR
SOCIAL SECURITY NUMBER

**AFFIDAVIT**

My name is __Adam__ __Kumpu__ . I am today registering to

vote in the city/town of __KEENE__ , New Hampshire.

I understand that to vote in this city/town, I must be 18 years of age, I must be a
United States citizen, and I must be domiciled in this city/town.

I understand that a person can claim only one state and one city/town as his or her
domicile at a time. A domicile is that place, to which upon temporary absence, a
person has the intention of returning. By registering or voting today, I am
acknowledging that I am not domiciled or voting in any other state or any other
city/town.

In declaring New Hampshire as my domicile, I realize that I am not qualified to
vote in the state or federal elections in another state.

If I have any questions as to whether I am entitled to vote in this city/town, I am aware
that a supervisor of the checklist is available to address my questions or concerns.

I acknowledge that I have read and understand the above qualifications for voting and do
hereby swear, under the penalties for voting fraud set forth below, that I am qualified to
vote in the above-stated city/town, and, if registering on election day, that I have not voted
and will not vote at any other polling place this election.

Signature of Applicant _____

Received by _____  Date 11/6/12

Approved by _____
SUPERVISOR OF CHECKLIST/REGISTRAR OF VOTERS

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing
false information when registering to vote or voting is a class A misdemeanor with a
maximum sentence of imprisonment not to exceed one year and a fine not to exceed
$2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to
exceed $5,000.*

SAU130

October 2012

WARD 1 CHECKLIST ADDENDUM – State General Election – November 6, 2012

| NAME (last name, first name, middle initial) | Check if No Photo ID & CVA signed | Party Affiliation (please check one) Dem | Rep | Und | ADDRESS |
|---|---|---|---|---|---|
| 1 | Badeau, Jaedyn N | ☐ CVA | | | ✓ | Holloway 203B |
| 2 | Bolduc, Elizabeth | ☐ CVA | | | ✓ | Carte Hall |
| 3 | MacLean, Kevin | ☐ CVA | | | ✓ | 59 Dunbar St. Apt 2. |
| 4 | Tiefenthaler, Lauren | ☐ CVA | ✓ | | | Holloway 310 B |
| 5 | Lapierre, Christopher | ☐ CVA | | | ✓ | Monadnick 305 |
| 6 | Bodenski, Victoria | ☐ CVA | | ✓ | | Carte Hall, 401 B |
| 7 | Martin, Ashley | ☐ CVA | | | ✓ | Holloway Hall 310 B |
| 8 | Recko, Jenna | ☐ CVA | | | ✓ | 87 Water St |
| 9 | Meyer, Alyssa | ☐ CVA | | | ✓ | 87 Water St. |
| 10 | Lery, Rachael | ☐ CVA | | | ✓ | Randall Hall 402A |
| 11 | Doten, Jared | ☐ CVA | | ✓ | | Randall Hall 317 B |
| 12 | Chai, Tiffany | ☐ CVA | ✓ | | | Pondside 3 206 B |
| 13 | Griggs, Victoria | ☐ CVA | | | ✓ | Randall Hall 103A |
| 14 | Pearson, William | ☐ CVA | | | ✓ | 60 Martin Street |
| 15 | Landers, Sarah | ☐ CVA | | ✓ | | 200A Randall Hall |
| 16 | McConville, Haley | ☐ CVA | | | ✓ | Randall 1004 |
| 17 | Barigga, Barrija Karina | ☐ CVA | ✓ | | | Huntress Hall 209 |
| 18 | Liotti, Ashley | ☐ CVA | | | ✓ | 32 Elliot St. |
| 19 | Kum-B, Adam | ☐ CVA | | | ✓ | 102 Butter, |
| 20 | Lavallee, Rita | ☐ CVA | | | ✓ | 32 Water St. |
| | Column Totals: | | 3 | 3 | 14 | |

SAU131

6035893029

Paul Brodeur

Copy of Adam Kumpu that was faxed to me
223-6245

Thanks,
Bobbi

P.S. Keene Scanned him before we did - hence that's how we caught it.

**DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
**CONTINUATION OF INVESTIGATION/ARREST REPORT**

| Matter # | Case Name | Investigator | Report Date |
|---|---|---|---|
| 2013105257 | KUMPU, ADAM (Schelberg, Bobbi complainant) | Paul E. Brodeur | October 15, 2013 |

I had spoken with Adam and Janine KUMPU on 10/11/13. Janine advised that she had obtained the application for an absentee ballot from Claire Callahan who has known the Kumpu family forever. Janine KUMPU did not recall how the application for the absentee ballot had been returned to the Town Clerk's office.

0804 hrs. spoke with Margaret PEGGY LANGILL, Town Clerk for Milford, NH.

LANGILL has also known the KUMPU family for a very long time and described them as a law abiding and upstanding family. LANGILL evidently is aware of the Adam KUMPU writing in that she looked at the application and noted "that is not Adam's writing." LANGILL obtained the original application and it is clearer that the application was date signed on 10/17/12 and "Dropped Off" 10/19/12.

I inquired what was the normal process for absentee ballots. LANGILL advised that the absentee request can be printed from the web site but in this case the application was picked up at the Clerk's Office. The application is returned to the Town Clerk and an absentee ballot is sent to the requester. Once the absentee ballot is received at the Clerk's Office, LANGILL uses a rubber band to put together the application and the sealed envelope containing the envelope affidavit that contains the ballot. On Election Day the Moderator and/or workers open the outside sealed envelope that contains the affadavit envelope that has the voter's signature on the outside. The signature on the application and the envelope containing the ballot are suppose to be compared for accuracy. Once both signatures agree the ballot envelope is opened and the ballot is processed. **In this case the envelope containing the ballot from all indications was blank therefore the entire package should have been put aside.**

LANGILL spoke with the Moderator, Peter Basiliere and he advised that he had in excess of 650 absentee ballots and over 900 people that registered on November 6, 2012. He needed to recruit two former workers to assist in the processing. Because of the sheer volume he presumes that the envelopes were opened and signatures not checked seeing the blank envelope is possibly that of Adam Kumpu. LANGILL advised that she had gone through the box of absentee envelopes 3 times and did not find an affidavit envelope with the name of Adam Kumpu on it. LANGILL looked at the printing for the return address on the outer envelope and indicated that writing was that of Adam Kumpu.

The outer envelope has a cancelation date of **2 NOV 12** received at the Clerk's Office **NOV 3, 2012.** LANGILL advised the 3 is hand written in that their date stamp was wrong and they manually corrected it.

| Page | 1 | of | 2 | pages | SIGNED *Paul C Brodur* | DATE 10/15/13 |
|---|---|---|---|---|---|---|

SAU133

**DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
**CONTINUATION OF INVESTIGATION/ARREST REPORT**

| Matter # | Case Name | Investigator | Report Date |
|---|---|---|---|
| 2013105257 | KUMPU, ADAM (Schelberg, Bobbi complainant) | Paul E. Brodeur | October 15, 2013 |

0826 hrs. spoke with: CLAIRE CALLAHAN, Assistant Clerk for the Town of Milford.

CALLAHAN advised that she has known the KUMPU family forever. CALLAHAN does recall Janine KUMPU coming into the Clerk's office to pick up the absentee ballot application.

CALLAHAN does not recall if Janine KUMPU dropped off the application but she confirms that the words "**Dropped Off** are her writing and the Date Mailed **10/19/12** is also her writing and that would be the date that she sent out the absentee ballot to Adam KUMPU at the Keene State College address.

958593

| Page | of | pages | SIGNED | DATE |
|---|---|---|---|---|
| 2 | 2 | | Paul C Brodeur | 10/15/13 |



Name Adam Kumpa

221 Main Street #S108
Voting Address

Keene          NH
City            State

03435
Ward

03458
Zip

RECEIVED

NOV 03 2012

TOWN OF MILFORD

ENCLOSED IS THE BALLOT OF AN ABSENTEE VOTER.

TO: TOWN OR CITY CLERK OF Milford, N.H.

03055

FORM P

**INTERVIEW TRANSCRIPTION**

| | |
|---|---|
| **INTERVIEWEE:** | **Adam Kumpu** |
| **INTERVIEWERS:** | **Investigator Paul E. Brodeur, New Hampshire Attorney General's Office** |
| **SUBJECT:** | **(In Re: Investigation)** |
| **MATTER ID #:** | **2013-105257** |
| **DATE:** | **October 11, 2013** |
| **TIME:** | **09:57 A.M.** |

*******************************************

PB: Today is October the 11th, 2013, it is currently 9:57 hours we are here at the Office of Attorney Vogelman and I will let the gentleman introduce himself and spell for the record, please

AK: My name is Adam Kumpu; Adam A-D-A-M; Kumpu K-U-M-P-U

PB: Date of Birth, please

AK: 

PB: Ok, and your home address

AK: Um, currently it's ▮▮▮▮▮▮▮▮, Keene, NH 03431

PB: And, you're a student there at Keene State

AK: Correct

PB: Ok, now as far as your legal residence would be what

AK: Um, well I still live with my parents as well so ▮▮▮▮▮▮▮▮, Milford, NH 03055

PB: Ok, and your contact phone numbers

AK: Um, my phone number is 6▮▮▮▮▮▮, my mother's is ▮▮▮▮▮▮, and my father is ▮▮▮▮▮▮

PB: Ok, and just to establish the numbers can you give your mother's name and your father's name please

AK: My mother's name is Janine Kumpu and my father's is Richard Kumpu

1

PB:     Thank you, very good. As we indicated before it's regarding the November 6, 2012 presidential election. And I guess I will let you explain what took place.

AK:     Ok, so I remember hearing, a few months before the election, that students wouldn't be able to vote in Keene, um, don't know if this just a rumor going around, I'd spoke to Larry and he said that ever election there people who try and get it so certain students can't vote on campus and there is always this big ordeal so I am assuming that's where the rumors came from. Um, I had my mother assist me in getting an absentee ballot so that I would be able to participate in the election. I remember filling it out and um being very excited to exercise my right um as a month or so went by I am assuming, everyone was getting very excited about voting and this rumor had kind of fizzled away that student's wouldn't be able to vote in Keene and there's this new thing that, everyone was going to be able to vote down at the police station um I just had a lot going on with school um I completely had forgotten about the absentee ballot, not that I had received it, but apparently that I had sent it in at some point, I don't remember when um so I was getting very swept up and excited in the spirit of voting with my friends and went down and exercised my right unknowing that I had already sent in my absentee ballot.

PB:     Ok, so, you sent it in

AK:     Yes

PB:     Ok. Let me show you a copy of an envelope which was evidently received by the Town of Milford on November the 3rd, does that look familiar to you

AK:     Yes, it's my handwriting

PB:     That's your handwriting

AK:     Yep

PB:     Ok, so they received it November 3rd, when do you think you would have sent it in

AK:     Probably about a week earlier, possibly

PB:     Well, it's postmarked November, as you can see here, so it unfortunately that obliterates the date but um, does that help you recall anything further

AK:     Um, I vaguely remember sending, going into my mail room to send this, I am not sure which day it was, I just, I remember that I had a lot going on it must have just....slipped through the cracks

PB:     Let me back up, you say, you sent it – your mail room, you talking about Milford or Keene

AK:     Keene State

PB:     Keene State

AK:     Yes

2

SAU137

PB:     So if this is November 1 or 2, that it gets sent, received November 3rd, then we are talking just two or three days later, how would you forget that you had sent this, just a couple days prior

AK:     Um, well, like I said I wasn't completely sure about the date, I had a lot going on with school and stuff, um, it must have been one of those things I was just on my way to class, stopped by, tossed it in there, gave it to the mailroom, um, just completely forgot about it

PB:     Within two or three days, ok, alright.  Now you are saying that your mother assisted in the application

AK:     Um, ya, she picked it up for me, sent it to me or came and gave it to me

PB:     Did she do anything further

AK:     No

PB:     Because the problem we have on the application is that writing does not appear to be Adam Kumpu's writing

AK:     She must have helped me fill it out then cause that does look like my mother's hand writing

PB:     Absolutely, ok, now I know we were trying to arrange a time to get together so, do you get home to Milford very often

AK:     Um, probably every two weekends, every two to three weekends, I visit home

PB:     Ok, because this is potentially signed October 17, 2012, at which case I'm at a loss trying to determine what date that was, but, day I should say

LV:     I wonder if I got it here

PB:     (inaudible)

LV:     Trying to get to the computer to figure that out, right

PB:     2012, ok, so, this year it's going to be on a Saturday, so presumably it was on a Friday, so would you have, believe you may have been home then in order to have

AK:     Well it was a Friday so I didn't have class so potentially I could have been home or my mother came to the

PB:     I am sorry, I was looking at the 12th, that's my error.  17th, now that was a Thursday this year so a Thursday

LV:     October, 2012, is that what you wanted

PB:     October 17, 2012

3

LV:     Wednesday

PB:     Wednesday

AK:     I would assume that she came to visit me if she had handed me that

PB:     Ok, so you are confident that, that's your mother's handwriting, she filled it out

AK:     That portion, yes, correct

PB:     Would have brought it to you

AK:     Yes

PB:      And then you would have ultimately sent it in from Keene

AK:     Correct

PB:     Ok, alright and then as far as Keene's concerned, let's see, does that look familiar

AK:     Um, that's my signature, yes, yes

PB:     So this would have been like the same day your registration form that you would have
        completed in Keene,

AK:     In Keene, ok

PB:     Alright, well it says Keene, ok – do you want to see any of these Larry, no, ok
        Alright, that's…

LV:     Let me see the absentee ballot

PB:     Ok, and then, do you recognize this one as far as registration

AK:     Ya

PB:     Ok

AK:     It's my handwriting, it's my signature

PB:     So this is when you would have registered in Milford itself

AK:     Ok

PB:      In November, 2010

AK:     2010, ya

4

SAU139

PB:     Alright, so you agree then that the registrations for Milford and Keene, which have indicated appears to be your writing, are ok

AK:     Hmmmhmm

PB:     And that the absentee request is your mother's handwriting

AK:     Correct

PB:     Correct, ok, very good, have you folks discussed this at all since we have been in touch with you

AK:     My parents and I

PB:     Yes

AK:     Um, ya we have discussed it between ourselves just um we were amazed about how confusing it's been and um how I can't believe I made such a careless mistake um just, it's just kind of shocking to be in a position like this you know my family, we never really had to deal with any criminal lawyers or cases being charged against us or anything like that it's all kind of blown up at once

PB:     Ok

AK:     And, especially with me you know not remembering and having no intent to do this you know it's been kind of shocker to have all this come back and trying to remember you know when was I here, if I did this, when did I do this,

PB:     Right, ok – now, since we have been in touch with you then have you actually obtained another application to read what it states above

AK:     No

PB:      You have not, ok, because it is a rather serious matter and quotes a statute regarding a possible misdemeanor  charge so, we need to, in this state we take these issues rather seriously, best of the nation in that respect anyway – ok is there anything you wish to add

AK:     No

PB:     We will be ending at 10:07


LJB

SAU140

**INTERVIEW TRANSCRIPTION**

**INTERVIEWEE:**      Janine Kumpu

**INTERVIEWERS:**     Investigator Paul E. Brodeur, New Hampshire Attorney
                     General's Office

**SUBJECT:**          (In Re: Investigation)

**MATTER ID #:**      2013-105257

**DATE:**             October 11, 2013

**TIME:**             09:57 A.M.

*******************************************

PB:    Today is October the 11th, 2013, it is current 10:08 hours we are here at the Office of Attorney
       Vogelman and present is Attorney Vogelman and Paul Brodeur from the Attorney General's
       Office and I will ask the young lady to introduce herself and spell for the record please.

JK:    My name is Janine Kumpu; it's J-A-N-I-N-E, last name is Kumpu K-U-M-P-U

PB:    And your date of birth

JK:    

PB:    And a home address

JK:    ▊▊▊▊▊▊▊▊▊▊▊▊, Milford, NH 03055

PB:    And contact phone numbers

JK:    My cell would be area code ▊▊▊▊▊▊▊

PB:    Is that the only phone you have

JK:    Yes

PB:    You don't have a home phone

JK:    No, we don't have a land line

LV:    It's getting more and more common

JK:    Yes

1

PB:     Sure is, ok, just a few quick questions then regarding the November, 2012, election, which was the presidential election at the time and the issue is, you are probably well aware at this point is the fact Adam submitted a absentee ballot as well as voting in Keene, NH , so why don't I just let you explain what happened

JK:     Well we were all excited about the upcoming election, this was to be Adams first election that he was able to vote in and we were um trying to be a political aware family and trying to do always do our civic duty so he was very excited for this opportunity to be voting in the election. He goes to college at Keene State and didn't think he was going to be able to vote in Keene and since we live in Milford, NH, so I said "well, buddy, if you want to vote and you don't think you're going to be able to vote in Keene, why don't we look into getting an absentee ballot." And none of us have done voted with absentee ballots before so this was a new experience for us so anyways I found out that I could go down to my town hall and pick up an absentee ballot for Adam so that's basically what I did, I went to the town, spoke to our clerk there, who I know and we had a nice chat, because she has known Adam since he was a little kid and said "Claire, can you believe Adam's old enough to vote, he's in Keene and I am just getting an absentee ballot for him."

PB:     What's Claire's last name

JK:     Claire Callahan

PB:     Callahan, ok, is she a clerk or

JK:     I think she is a deputy clerk, town clerk at this point

PB:     deputy clerk, ok, very good, so you pick up the absentee ballot

JK:     Yep

PB:     What do you do with it from there

JK:     I believe Adam came home to pick it up

PB:     Ok

JK:     But I am not sure

PB:     We established that the day that it was signed and it was a Wednesday

JK:     Yep, ok

PB:     So, presume he is only off on Fridays

JK:     Back then I don't know what his schedule was, back then, or I don't recall what it was, I know this semester he's

PB:     Fridays

2

JK:     (inaudible) ya

PB:     Just one other question before we move forward, you say that that was his first voting

JK:     Yep, first presidential election

PB:     First presidential election

JK:     Presidential election

PB:     Presidential election, ok, because I see that he actually registered in Milford in November, 2010

JK:     Ok, yep

PB:     So he, state election evidently in that time period

JK:     Yep

PB:     Good, ok, alright, and so what have you determined since then as far as the absentee and the actual vote

JK:     What have we determined

PB:     Ya

JK:     We never gave it (laughing) didn't know that that had occurred, didn't know that he had mailed in the ballot until all this came up, it was (laughing) all news and no

PB:     Ok, so the question at hand is the fact that it appears that the absentee ballot was completed by someone other than Adam, does that handwriting look familiar to you

JK:     YA, yep

PB:     What does it look familiar about

JK:     That looks like it's my handwriting

PB:     Ok

JK:     Yep

PB:     And the signature of Adam I presume is, I shouldn't presume anything but it looks like it's not Adams as well

JK:     Could not be Adam's, it could definitely be mine, but I don't recall

PB:     Ok – did you read the absentee ballot before completing this

3

JK:     Probably not thoroughly (laughing)

PB:     Ok, so at the time you didn't realize that it was a misdemeanor to commit this type of an activity

JK:     No probably not (laughing)

PB:     Probably not or not

JK:     No, no, didn't not, was definitely not aware

PB:     Ok – and so now the question is did you bring this to City Hall or Town Hall because I see that it's dated October 17th, 2012

JK:     Ok

PB:     And (inaudible) was at Town Hall very quickly because they have a notation that they mailed out the absentee ballot on October 19th, 2012, do you recall if you may have brought this to Town Hall

JK:     I don't recall, I actually thought that I gave it to Adam and that he was going to mail it, I actually do not recall that

PB:     Alright, incidentally they did mail it and Adam must have received it and then it was ultimately mailed back first part of November, 2012, alright, so you do not recall bringing this to Town Hall

JK:     I don't (laughing)

PB:     Alright so if we speak to Ms. Callahan if she has a recollection of you bringing it back and having another nice conversation with that be a surprise or otherwise

JK:     It would be because I honestly don't, I honestly do not recall

PB:     Ok, very good

JK:     Busy Mom, a lot of things going on, I just don't recall, I know I was just trying to help my son out, make sure he was getting to vote

PB:     Ok

JK:     No idea that he was going to vote in Keene, didn't even think it was possible

PB:     Did he mention it to you after the fact that he had voted in Keene

JK:     He might have mentioned it to me that he had voted in Keene

PB:     Did that raise any concerns

JK:     It honestly didn't

4

PB:     It didn't

JK:     It did not

PB:     Ok, very good, alright, do you have any questions, do you wish to add anything else

JK:     Nope, no except for there was, no you know intention of this (laughing)

PB:     Ok

JK:     You know, we try to be law abiding citizens, we try to do things right, I don't think I have had so
        much as a parking ticket (laughing) or speeding ticket in the last 30 years, you know I work at a
        bank we raise kids, our children go to college

PB:      Excellent, ok

LV:     Ok

PB:     We are ending at 10:15


LJB

958817

SAU145

# ATTORNEY GENERAL
## DEPARTMENT OF JUSTICE

33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

JOSEPH A. FOSTER
ATTORNEY GENERAL



ANN M. RICE
DEPUTY ATTORNEY GENERAL

January 14, 2014

David M. Scanlan
Deputy Secretary of State

**Re:    Adam and Janine Kumpu**

Dear Mr. Scanlan:

Enclosed find two checks:  #1231 in amount of $1,000.00 and #1232 in amount of $250.00 as provided in terms of the Consent Agreement signed by Adam and Janine Kumpu on December 16, 2013.

Please feel free to contact me if you have any questions.  Thank you.

Sincerely,

Stephen G. LaBonte
Assistant Attorney General
Civil Bureau
(603) 271-3658
Fax: (603) 223-6296

SGL/ljb
Enclosure

990530

SAU146

## CONSENT AGREEMENT

This Consent Agreement is entered into by and between the State of New Hampshire, Office of the Attorney General ("State"), Adam G. Kumpu ("A. Kumpu") and Janine F. Kumpu ("J. Kumpu") as of the effective date specified herein. The parties hereby agree to undertake the following:

1.      This consent agreement is entered into by the State with A. Kumpu and J. Kumpu (collectively referred to as the "Settling Parties") to resolve the State's claims for alleged violations of the New Hampshire voter fraud statute, RSA 659:34, I (b) and (c) during the 2012 general election campaign.

2.      Under New Hampshire law, a person is subject to a civil penalty not to exceed $5,000 if such person:

Votes more than once for any office or measure; and/or

Applies for a ballot in a name other than his or her own.

RSA 659:34, I (b), (c).

3.      The State alleges in this matter that A. Kumpu voted more than once for any office during the 2012 General Election, in that A. Kumpu voted by absentee ballot in the Town of Milford and registered and voted in the City of Keene on November 6, 2012.

4.      The State further alleges J. Kumpu applied for a ballot in a name other than her own, in that J. Kumpu completed a State of New Hampshire absentee ballot application utilizing the personal identifying information of A. Kumpu and signing A.

SAU147

Kumpu's name on the signature line. J. Kumpu then submitted the application to the Milford Town Clerk.

5.      RSA 659:34 authorizes the Attorney General to impose a civil penalty for violations of 659:34 in the amount of $5,000 per violation.

6.      This Consent Agreement is intended to resolve all of the State's claims and potential claims against the Settling Parties under RSA 659:34 in connection with the 2012 General Election.

7.      A. Kumpu agrees to pay a total of $5,000 to the State of New Hampshire for the alleged violation of RSA 659:34, I (b), in connection with the 2012 General Election. Four thousand dollars ($4,000) of the amount above shall be held in abeyance for a period of five (5) years, to be brought forward in the event of any further violations of New Hampshire election law. The payment of $1,000 shall be submitted by or before December 31, 2013.

8.      J. Kumpu agrees to pay a total of $250.00 to the State of New Hampshire for the alleged violation of RSA 659:34, I (c), in connection with the 2012 General Election. The payment of this amount shall be submitted by or before December 31, 2013.

9.      Both Payments shall be made by check drawn in the name of "Treasurer, State of New Hampshire," and shall be mailed to Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire 03301, Attn: Assistant Attorney General Stephen G. LaBonte.

10.      The effective date of this Consent Agreement shall be _December 23, 20 13 ___.

2

SAU148

11. This Consent Agreement shall be construed in accordance with the laws of the State of New Hampshire.

ADAM G. KUMPU

Date: 12/16/13

By: Adam G. Kumpu

JANINE F. KUMPU

Date: 12/16/13

By: Janine F. Kumpu

STATE OF NEW HAMPSHIRE

JOSEPH A. FOSTER, ATTORNEY GENERAL

Date: 12/23/13

By:    Stephen G. LaBonte, Esq.
       Assistant Attorney General
       33 Capitol Street
       Concord, New Hampshire 03301
       (603) 271-3650

971849

3

SAU149

©2010 Artistic Checks   1-800-224-7621   www.artisticchecks.com

Richard C Kumpu
Janine Kumpu
48 Adams Quarry Rd
Milford, NH 03055

54-14/114                    1231

Date 12/16/13

Pay to the
Order of Treasure State of N.H.                    $ 1000.00

One Thousand and m/100                    Dollars

ST. MARY'S BANK

For _____                    Janine Kumpu    MP

⑆011400149⑆   800500597⑈ 1231

---

©2010 Artistic Checks   1-800-224-7621   www.artisticchecks.com

Richard C Kumpu
Janine Kumpu
48 Adams Quarry Rd
Milford, NH 03055

54-14/114                    1232

Date 12/16/13

Pay to the
Order of Treasurer State of N.H.                    $ 250.00

Two Hundred Fifty and m/100                    Dollars

ST. MARY'S BANK

For _____                    Janine Kumpu    MP

⑆011400149⑆   800500597⑈ 1232

# NIXON, VOGELMAN,
# BARRY, SLAWSKY & SIMONEAU

PROFESSIONAL ASSOCIATION

*DAVID L. NIXON*
*LESLIE C. NIXON*
*LAWRENCE A. VOGELMAN•*
*THOMAS T. BARRY••*
*DAVID P. SLAWSKY•*
*KIRK C. SIMONEAU*

*•Admitted in NH and NY*
*••Admitted in NH and VA*

*Attorneys at Law*

*Seventy-seven Central Street*

*Manchester, New Hampshire 03101*

TELEPHONE 603-669-7070
TOLL FREE 1-800-207-7000
FAX 603-669-7080
www.davenixonlaw.com

*ROBERT CHRISTY*
*OF COUNSEL*

*MARTIN F. LOUGHLIN*
*1995-2007*

December 19, 2013

Stephen G. LaBonte
Assistant Attorney General
NH Department of Justice
Civil Law Bureau
33 Capitol Street
Concord, NH 03301

Dear Mr. LaBonte:

Enclosed please find the signed Consent Agreements, along with two checks made payable to the State of New Hampshire in the amounts of $1,000 and $250 as was agreed to in the agreement. Kindly forward to me a copy of the fully signed agreements.

If you have any questions, please let me know.

Very truly yours,

Lawrence A. Vogelman
*lvogelman@davenixonlaw.com*

LAV/lmp
Enclosure
cc: Janine and Adam Kumpu

Richard C Kumpu
Janine Kumpu
48 North Quarry Rd
Milford, NH 03055

54-14/114

1231

Date 12/16/13

Pay to the Order of _Treasurer State of NH_    $ 1000.00

_One Thousand and 00/100_    Dollars

ST. MARY'S BANK

For _____

Janine Kumpu

⑈011400149⑈   800-500597⑈  1231



Richard C Kumpu
Janine Kumpu
48 North Quarry Rd
Milford, NH 03055

54-14/114

1232

Date 12/16/13

Pay to the Order of _Treasurer State of NH_    $ 250.00

_Two Hundred Fifty and 00/100_    Dollars

ST. MARY'S BANK

For _____

Janine Kumpu

⑈011400149⑈   800-500597⑈  1232

## CONSENT AGREEMENT

This Consent Agreement is entered into by and between the State of New Hampshire, Office of the Attorney General ("State"), Adam G. Kumpu ("A. Kumpu") and Janine F. Kumpu ("J. Kumpu") as of the effective date specified herein. The parties hereby agree to undertake the following:

1. This consent agreement is entered into by the State with A. Kumpu and J. Kumpu (collectively referred to as the "Settling Parties") to resolve the State's claims for alleged violations of the New Hampshire voter fraud statute, RSA 659.34, I (b) and (c) during the 2012 general election campaign.

2. Under New Hampshire law, a person is subject to a civil penalty not to exceed \$5,000 if such person:

Votes more than once for any office or measure; and/or

Applies for a ballot in a name other than his or her own.

RSA 659:34, I (b), (c).

3. The State alleges in this matter that A. Kumpu voted more than once for any office during the 2012 General Election, in that A. Kumpu voted by absentee ballot in the Town of Milford and registered and voted in the City of Keene on November 6, 2012.

4. The State further alleges J. Kumpu applied for a ballot in a name other than her own, in that J. Kumpu completed a State of New Hampshire absentee ballot application utilizing the personal identifying information of A. Kumpu and signing A.

Kumpu's name on the signature line. J. Kumpu then submitted the application to the Milford Town Clerk.

5. RSA 659:34 authorizes the Attorney General to impose a civil penalty for violations of 659:34 in the amount of $5,000 per violation.

6. This Consent Agreement is intended to resolve all of the State's claims and potential claims against the Settling Parties under RSA 659:34 in connection with the 2012 General Election.

7. A. Kumpu agrees to pay a total of $5,000 to the State of New Hampshire for the alleged violation of RSA 659:34, I (b), in connection with the 2012 General Election. Four thousand dollars ($4,000) of the amount above shall be held in abeyance for a period of five (5) years, to be brought forward in the event of any further violations of New Hampshire election law. The payment of $1,000 shall be submitted by or before December 31, 2013.

8. J. Kumpu agrees to pay a total of $250.00 to the State of New Hampshire for the alleged violation of RSA 659:34, I (c), in connection with the 2012 General Election. The payment of this amount shall be submitted by or before December 31, 2013.

9. Both Payments shall be made by check drawn in the name of "Treasurer, State of New Hampshire," and shall be mailed to Office of the Attorney General, 33 Capitol Street, Concord, New Hampshire 03301, Attn: Assistant Attorney General Stephen G. LaBonte.

10. The effective date of this Consent Agreement shall be _____.

2                                                                 SAU154

11.   This Consent Agreement shall be construed in accordance with the laws of

the State of New Hampshire.

ADAM G. KUMPU

Date: 12/16/13

By:  Adam G. Kumpu

JANINE F. KUMPU

Date: 12/16/13

By: Janine F. Kumpu

STATE OF NEW HAMPSHIRE

JOSEPH A. FOSTER, ATTORNEY GENERAL

Date: _____

By:   Stephen G. LaBonte, Esq.
      Assistant Attorney General
      33 Capitol Street
      Concord, New Hampshire 03301
      (603) 271-3650

971849

SAU155



## STATE OF NEW HAMPSHIRE
### Application for State Election Absentee Ballot
(RSA 657:4)
Absence (*Excluding Absence Due to Residence Outside the United States*),
Religious Observance, and Disability

| For Official Use Only | |
|---|---|
| Voter Not registered ☐ | I. I hereby declare that (check one): |

II. New Hampshire law requires that you vote in person at the polling place for your town or ward unless you declare one of the following absences:
I will be entitled to vote by absentee ballot because (check one):

III. I am requesting an official absentee ballot for the following election (check only one):

IV. Applicant's Name (Please Print):

Kuaophu        Adam        Gabriel
Last Name       First Name        Middle Name        (Jr., Sr., II,III)

Applicant's Voting Domicile (home) Address:

45 Desesh Deredy Rd   milford        03055
Street Number   Street Name   Apt/Unit   City/Town   Ward   Zip Code

Mail the ballot to me at this address (if different than the above home address) Keene State College

Applicant's Signature: Quaom & Kuaopu   Date Signed: 10/14/2013
(Voter must sign to receive an absentee ballot)

Mail/fax/or hand deliver this completed form to your local City/Town Clerk.
Visit our website for local clerk addresses and fax numbers: http://www.sos.nh.gov/clerks

## NEW HAMPSHIRE VOTER REGISTRATION FORM    RSA 654:7

*PLEASE PRINT OR TYPE*

| FOR OFFICIAL USE |
|---|
| NEW VOTER |
| NAME CHANGE |
| ADDRESS CHANGE |
| PARTY CHANGE |
| DELETION |

1. LAST NAME (including suffix If any)

Kumpu

FIRST NAME

Adam

FULL MIDDLE NAME

Gabriel William

2. RESIDENCE ADDRESS (Street & House (Apt.) Number )

48 Muons Avenue

TOWN OR CITY

Milford

City Ward

ZIP CODE 03055

3. MAILING ADDRESS (If different from residence address)

TOWN OR CITY

STATE

ZIP CODE

4. PLACE OF BIRTH (Town/City and State)

COUNTRY (If not USA)

DATE OF BIRTH

5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)

DATE NATURALIZED

(State and Zip Code)

6. PLACE LAST REGISTERED TO VOTE (Street & House (Apt.) Number)

(Town or City & Ward)

8. PARTY AFFILIATION (if any)

Dem

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT

STATE (If not NH)

9. DRIVER'S LICENSE NUMBER

IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER

### AFFIDAVIT

My name is Adam Kumpu , I am today registering to vote in the city/town of Milford , New Hampshire.

I understand that to vote in this city/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that I can claim only one city/town as my domicile at a time. A domicile is that place, more than any other, where I sleep most nights of the year, or to which I intend to return after a temporary absence. By registering or voting today, I acknowledge that I am not registering to vote or voting,in any other city/town.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town on this day, and if registering on election day, that I have not voted and will not vote at any other polling place this election.

Adam Kumpu

Signature of Applicant

Date 11/2/10

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

Received by ____

Approved by ____

SUPERVISOR OF THE CHECKLIST/REGISTRAR OF VOTERS

SAU157

603 673 0030

**PLEASE PRINT OR TYPE**

**NEW HAMPSHIRE VOTER REGISTRATION FORM** RSA 654:7

**1. LAST NAME** (including suffix if any)
Kumpu

**FIRST NAME**
Adam

**FULL MIDDLE NAME**
Gabriel William

**2. DOMICILE ADDRESS** (Street & House (Apt.) Number)
162 Butler Butler Ct

**TOWN OR CITY**
KEENE

City Ward 1    **ZIP CODE** 03431/03435

**3. MAILING ADDRESS** (if different from domicile address)

**TOWN OR CITY**
Keene

**STATE** NH    **ZIP CODE** 03435

**4.**

**COUNTRY** (if not USA)

**DATE OF BIRTH**

**5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED** (Town/City and State)

(Town or City and State)

**DATE NATURALIZED**

**6. PLACE LAST REGISTERED TO VOTE** (Street & House (Apt.) Number)

(Town or City & Ward )

(State and Zip Code)

**7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT**

**STATE** (If not NH)

**IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER**

**8. PARTY AFFILIATION** (if any)
UND

**AFFIDAVIT**

My name is Adam Kumpu. I am today registering to

vote in the city/town of KEENE , New Hampshire.

I understand that to vote in this city/town, I must be 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that a person can claim only one state and one city/town as his or her domicile at a time. A domicile is that place, to which upon temporary absence, a person has the intention of returning. By registering or voting today, I am acknowledging that I am not domiciled or voting in any other state or any other city/town.

In declaring New Hampshire as my domicile, I realize that I am not qualified to vote in the state or federal elections in another state.

If I have any questions as to whether I am entitled to vote in this city/town, I am aware that a supervisor of the checklist is available to address my questions or concerns.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town, and, if registering on election day, that I have not voted and will not vote at any other polling place this election.

Signature of Applicant _____

Received by _____

Approved by _____
SUPERVISOR OF CHECKLIST/REGISTRAR OF VOTERS

Date: 11/6/12

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

SAU158

October 2012

Reply    Reply to all    Forward    ⟶    Close    Help

From:      Brodeur, Paul                                                      Sent: Fri 10/11/2013 12:14 PM

To:        Dempsey, MaryAnn; Head, Richard; LaBonte, Stephen G

Cc:

Subject:   Adam and Janine Kumpu

Attachments:

View As Web Page

Mary Ann: got home from No Conway at Midnight. Called when I was done with Kumpu and I do not need to return to No.
Conway at this point.

Met with Adam and Janine Kumpu separately with Atty. Vogelman. Interviews taped. Adam advised Mom must have gone to
visit him seeing app. signed on 10/17. Adam admitted the printing and writing appears to be that of his Mom, Janine. He
tried to indicate hectic schedule at school he must have forgotten he sent in absentee ballot. Ques. how forgot when would
have been mail Nov 1 or 2 and received in Milford on Nov 3 then went to vote Nov 6. "Just busy, hectic etc"

Janine admitted going to town hall and picking up the app. Recalled having a conversation with Claire Callahan, Deputy
Clerk who she has known for a long time. Thought Adam had come home to get app. When saw printing and writing
admitted was her's. Ques. seeing signed 10/17 and absentee ballot sent out on 10/19 if she returned the absentee app to town
hall. Didn't recall doing that. Will get interviews transcribed.

**KUMPU, ADAM**

- Adam registered to vote in Milford, NH 11/02/10
- Adam requested an Absentee ballot from Milford 10/19/12
    o Ballot received by Milford, NH on 11/03/12
- Adam registered and voted in Keene, NH 11/06/12

Obtained the voter registrations for:

- Richard Kumpu - father
- Janine Kumpu – mother
- Nine Kumpu – sister
- Adam Kumpu

I compared the printing and writing and had Inv. Flanagan also review. Both agree appears that "Absentee Ballot" was completed by **JANINE KUMPU** and submitted in the name of Adam Kumpu.

641:3 Absentie

657:24

657:6 filled out by App.

659:34 (c) civil penalty.
   (d)

SAU160

KUMPU, ADAM

- Adam registered to vote in Milford, NH 11/02/10
- Adam requested an Absentee ballot from Milford 10/19/12
  - o Ballot received by Milford, NH on 11/03/12
- Adam registered and voted in Keene, NH 11/06/12

Obtained the voter registrations for:

- Richard Kumpu - father
- Janine Kumpu – mother
- Nine Kumpu – sister
- Adam Kumpu

I compared the printing and writing and had Inv. Flanagan also review. Both agree appears that "Absentee Ballot" was completed by **JANINE KUMPU** and submitted in the name of Adam Kumpu.



ENCLOSED IS THE BALLOT OF AN ABSENTEE VOTER.

TO: TOWN OR CITY CLERK OF Milford, N.H.

03055

ame Adam Kumpia
227 Main Street #5108
oting Address
Keene                83435
ity            State            Zip

NH

FORM P

TOWN OF MILFORD

RECEIVED
NOV 13 2012

SAU162



# STATE OF NEW HAMPSHIRE
## Application for State Election Absentee Ballot
(RSA 657:4)
Absence (*Excluding Absence Due to Residence Outside the United States*),
Religious Observance, and Disability

| For Official Use Only | I. I hereby declare that (check one): |
|---|---|
| Voter Not registered ☐ | |

II. New Hampshire law requires that you vote in person at the polling place for your town or ward unless you declare one of the following absences:
I will be entitled to vote by absentee ballot because (check one):

Any person who votes or attempts to vote using an absentee ballot who is not entitled to vote by absentee ballot shall be guilty of a misdemeanor. RSA 657:24

III. I am requesting an official absentee ballot for the following election (check only one):

IV. **Applicant's Name (Please Print):**

Kumapu              Adam              Gabriel
Last Name           First Name        Middle Name        (Jr., Sr., II,III)

Applicant's Voting Domicile (home) Address:

48 Peacock Cassidy Rd    Milford              03055
Street Number    Street Name    Apt/Unit    City/Town    Ward    Zip Code

Mail the ballot to me at this address (if different than the above home address)

_____          _____    _____
City/Town                        State      Zip Code

Applicant's Signature: _____  Date Signed: 10/17/2012
(Voter must sign to receive an absentee ballot)

Mail/fax/or hand deliver this completed form to your local City/Town Clerk.
Visit our website for local clerk addresses and fax numbers: http://www.sos.nh.gov/clerks SAU163

| STATE OF NEW HAMPSHIRE | STATE ABSENTEE |
|---|---|

**Absence from City or Town.** A person voting by absentee ballot because of absence from the city or town in which he or she is entitled to vote shall fill out and sign the following certificate: I do hereby certify under the penalties for voting fraud set forth below that I am a voter in the city or town of _____, New Hampshire, in ward ___; that I will be unable to appear at any time during polling hours at my polling place because I will be working on election day or will be otherwise absent on election day from said city or town and will be unable to vote in person; that I have carefully read (or had read to me because I am blind) the instructions forwarded to me with the ballot herein enclosed and that I personally marked the ballot within and sealed it in this envelope (or had assistance in marking the ballot and sealing it in this envelope because I am blind).

Signature _____

Print Name _____

**Absence Because of Religious Observance or Physical Disability.** A person voting by absentee ballot because of religious observance or physical disability shall fill out and sign the following certificate: I do hereby certify under the penalties for voting fraud set forth below that I am a voter in the city or town of _____, New Hampshire, in ward ___; that I will be observing a religious commitment which prevents me from voting in person or that on account of physical disability I am unable to vote in person; that I have carefully read (or had read to me because I am blind) the instructions forwarded to me with the ballot herein enclosed and that I personally marked the ballot within and sealed it in this envelope (or had assistance in marking the ballot and sealing it in this envelope because I am blind).

Signature _____

Print Name _____

In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.

FORM O

? Not Signed

SAU164

NEW HAMPSHIRE VOTER REGISTRATION FORM          RSA 654:7

| FOR OFFICIAL USE |
| --- |
| NEW VOTER |
| NAME CHANGE |
| ADDRESS CHANGE |
| PARTY CHANGE |
| DELETION |

**PLEASE PRINT OR TYPE**

1. LAST NAME (including suffix if any)  **Kumpu**   FIRST NAME  **Adam**   FULL MIDDLE NAME  **Gabriel William**

2. RESIDENCE ADDRESS (Street & House (Apt.) Number)  **48 Mours-Quicumon**   TOWN OR CITY  **Milford**   City Ward   ZIP CODE  **03055**

3. MAILING ADDRESS (If different from residence address)   TOWN OR CITY   STATE   ZIP CODE

4. PLACE OF BIRTH (Town/City and State)   COUNTRY (If not USA)   DATE OF BIRTH

5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)   DATE NATURALIZED

6. PLACE LAST REGISTERED TO VOTE ( Street & House (Apt.) Number)   (Town or City & Ward)   ( State and Zip Code)

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT   STATE (If not NH)   8. PARTY AFFILIATION (if any)  **Dem**

9. DRIVER'S LICENSE NUMBER   IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER

**AFFIDAVIT**

My name is **Adam Kumpu**.   I am today registering to vote in the city/town of **Milford**, New Hampshire.

I understand that to vote in this city/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that I can claim only one city/town as my domicile at a time. A domicile is that place, more than any other, where I sleep most nights of the year, or to which I intend to return after a temporary absence. By registering or voting today, I acknowledge that I am not registering to vote or voting,in any other city/town.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town on this day, and if registering on election day, that I have not voted and will not vote at any other polling place this election.

Signature of Applicant  **Adam Kumpu**   Date **11/2/10**

Received by **M**

Approved by **M**

SUPERVISOR OF THE CHECKLIST/REGISTRAR OF VOTERS

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

**603 673 0030**

SAU165

Print Date : 10/30/2012

Of. al Checklist
STATE GENERAL ELECTION - 11/06/2012

Page 297

| Party | Voter Name | Identity | Domicile Address | Ward | Voter ID | Barcode |
|-------|-----------|----------|------------------|------|----------|---------|

Ward 00 CONT.

CVA

| UND | KRYSKI, CORRINE ANNE | ☐ | 44 RUGNALA RD | 00 | 149028198 | |
| REP | KUGHAR, NANCY J | ☐ | 38 OAK ST | 00 | 300022718 | |
| UND | KUCHARSKI, WILLIAM J | ☐ | 17 MAYFLOWER DR | 00 | 158004965 | |
| UND | KUKULKA, JOHN EDWARD | ☐ | 487 NASHUA ST | 00 | 300497439 | |
| UND | KULBASHIAN, CHARLES C | ☐ | 8 LEDGEWOOD DR | 00 | 007003891 | |
| UND | KULMAN, KATHERINE | ☐ | 171 FEDERAL HILL RD | 00 | 300166087 | |
| DEM | KUMPU, ADAM GABRIEL | ☐ | 48 NOONS QUARRY RD | 00 | 300205890 | |
| DEM | KUMPU, JANINE P | ☐ | 48 NOONS QUARRY RD | 00 | 158004970 | |
| DEM | KUMPU, NINA MARIE | ☐ | 48 NOONS QUARRY RD | 00 | 300145841 | |
| DEM | KUMPU, RICHARD C | ☐ | 48 NOONS QUARRY RD | 00 | 158004971 | |
| UND | KUNZ, JUSTIN RICHARD | ☐ | 21 BEAR CT | 00 | 300145765 | |
| UND | KURLEAND, KENNETH JOSEPH | ☐ | 9 BADGER HILL DR | 00 | 158004972 | |
| REP | KURLANDER, DAVID | ☐ | 16 GREATBROOK RD | 00 | 158004973 | |
| REP | KURLANDER, JOYCE J | ☐ | 15 GREATBROOK RD | 00 | 158004975 | |
| DEM | KURTENBACH, SHIRLEY ANN | ☐ | 4 CHRISTINE DR | 00 | 300010069 | |
| UND | KURTZ, AXEL FRANCIS | ☐ | 105 BOULDER DR | 00 | 158004976 | |
| UND | KURTZ, CASSANDRE JEANNE | ☐ | 105 BOULDER DR | 00 | 300047069 | |

SAU166

60?5893029

13:32:39   09-10-2013     2/2

Of.  al Checklist

| Print Date : 10/30/2012 | | STATE GENERAL ELECTION - 11/06/2012 | | |
|---|---|---|---|---|
| | Party Voter Name | Identity | Domicile Address | Ward |
| **Ward 00 CONT.** | | **CVA** | | |
| UND | KRYCKI, CORRINE ANNE | ☐ | 44 RUONALA RD | 00 |
| REP | KUCHAR, NANCY J | ☐ | 38 OAK ST | 00 |
| UND | KUCHARSKI, WILLIAM J | ☐ | 17 MAYFLOWER DR | 00 |
| UND | KUKULKA, JOHN EDWARD | ☐ | 487 NASHUA ST | 00 |
| UND | KULBASHIAN, CHARLES G | ☐ | 8 LEDGEWOOD DR | 00 |
| UND | KULMAN, KATHERINE | ☐ | 171 FEDERAL HILL RD | 00 |
| DEM | KUMPU, ADAM GABRIEL | ☐ | 48 NOONS QUARRY RD | 00 |
| DEM | KUMPU, JANINE F | ☐ | 48 NOONS QUARRY RD | 00 |
| DEM | KUMPU, NINA MARIE | ☐ | 48 NOONS QUARRY RD | 00 |
| DEM | KUMPU, RICHARD C | ☐ | 48 NOONS QUARRY RD | 00 |
| UND | KUNZ, JUSTIN RICHARD | ☐ | 21 BEAR CT | 00 |
| UND | KURLAND, KENNETH JOSEPH | ☐ | 9 BADGER HILL DR | 00 |
| REP | KURLANDER, DAVID L | ☐ | 15 GREATBROOK RD | 00 |
| REP | KURLANDER, JOYCE J | ☐ | 15 GREATBROOK RD | 00 |
| DEM | KURTENBACH, SHIRLEY ARN | ☐ | 4 CHRISTINE DR | 00 |
| UND | KURTZ, AXEL FRANCIS | ☐ | 105 BOULDER DR | 00 |
| UND | KURTZ, CASSANDRE JEANNE | ☐ | 105 BOULDER DR | 00 |

# TOWN OF MILFORD

## OFFICE OF THE TOWN CLERK

*TO:*    AG Office-Paul Brodeur

*FROM:*  Peggy-Town Clerk

*FAX:*   225-6245

*DATE:*  September 17, 2013

*PAGE:*

*SUBJ:*  Adam Kumpu

MILFORD, NEW HAMPSHIRE
EST. 1794
THE GRANITE TOWN

---

*SPECIAL INSTRUCTIONS:*

*If transmission is not clear or should you have any questions please contact:*

*Peggy* _____ *at (603)249-0650 or email plangell@milford.nh.gov*

# Thank you!

SAU168

**VOTER REGISTRATION CARD**
(Please print or type)

1. Name.. *Kumpu*......*Richard*...........................C.............. 2. Party ——
      Last        First                 Middle Initial          Affiliation (if any)

        46 Dearborn st.

3. Address..... *5 Berry Ct.*....39..Webster St.......
        Street                          (Ward No.)

        *Milford*......*N.H.*........................03055.
        City/Town                                Zip

4. Birth Place..........................................................
        City/Town                    State

5. If a naturalized citizen, give name of court where and date when naturalized ........................

6. Date of Birth..............................7. Date of Registration .............................
                  Mo/Day/Yr                                Mo/Day/Yr

8. Place last registered to vote, if not a new registrant ...................................
                                       City/Town                    (Ward No.)

9. Name under which previously registered ..........................

I hereby swear, under penalty of perjury, that my permanent established domicile is at the above address and that the information above is true and correct to the best of my knowledge and belief.

                             *Richard C. Kumpu*
                                (Signature of Applicant)

---

**VOTER REGISTRATION CARD**
(Please print or type)

1. Name. *Kumpu*....*Janine*...........S....... 2. Party *Dem.*....
        Last        First           Middle Initial     Affiliation (if any)

        46 Dearborn st.

3. Address *5 Berry Ct.*...39..Webster St..18 Millbrook Drive
        Street                          (Ward No.)

        *Milford*.....................................03055..
        City/Town                                  Zip

4. Birth Place..........................................................
        City/Town

5. If a naturalized citizen, give name of court where and date when naturalized .......................

6. Date of Birth.............................7. Date of Registration .....................
                                                    Mo/Day/Yr

8. Place last registered to vote, if not a new registrant ..................................
                                        City/Town             (Ward No.)

9. Name under which previously registered ..........................

I hereby swear, under penalty of perjury, that my permanent established domicile is at the above address and that the information above is true and correct to the best of my knowledge and belief.

                                *Janine Kumpu*
                                (Signature of Applicant)

SAU169

*PLEASE PRINT OR TYPE*                NEW HAMPSHIRE VOTER REGISTRATION FORM                RSA 654:7

| 1. LAST NAME (including suffix if any) | FIRST NAME | FULL MIDDLE NAME | FOR OFFICIAL USE |
|---|---|---|---|
| Kumpu | Nina | Marie | |

**2. RESIDENCE ADDRESS (Street & House (Apt.) Number)**

48 roous Quarry Rd.

TOWN OR CITY: Milford

| | City Ward | ZIP CODE |
|---|---|---|
| | NH | 03055 |

**3. MAILING ADDRESS (If different from residence address)**

TOWN OR CITY

| STATE | ZIP CODE |
|---|---|

**4. PLACE OF BIRTH (Town/City and State)**        COUNTRY (If not USA)

DATE OF BIRTH

**5. IF NATURALIZED CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED (Town/City and State)**

DATE NATURALIZED

**6. PLACE LAST REGISTERED TO VOTE (Street & House (Apt.) Number)**        (Town or City & Ward )        (State and Zip Code)

**7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT**

8. PARTY AFFILIATION (if any)

Dem

| 9. DRIVER'S LICENSE NUMBER | STATE (if not NH) | IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER |
|---|---|---|

**AFFIDAVIT**

My name is ___Nina Kumpu___. I am today registering to vote in the city/town of ___Milford___, New Hampshire.

I understand that to vote in this city/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that I can claim only one city/town as my domicile at a time. A domicile is that place, more than any other, where I sleep most nights of the year, or to which I intend to return after a temporary absence. By registering or voting today, I acknowledge that I am not registering to vote or voting in any other city/town.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town on this day, and if registering on election day, that I have not voted and will not vote at any other polling place this election.

Signature of Applicant: ___[signature]___        Date ___11/09/16___

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

Received by _____

Approved by ___[signature]___        SUPERVISOR OF THE CHECKLIST/REGISTRAR OF VOTERS

SAU170

7407

**NEW HAMPSHIRE VOTER REGISTRATION FORM**   RSA 654:7

*PLEASE PRINT OR TYPE*

1. **LAST NAME (including suffix if any)** Kumar
   **FIRST NAME** Adam
   **FULL MIDDLE NAME** Gabriel William

2. **RESIDENCE ADDRESS (Street & House (Apt.) Number)** 48 Mears Avery
   **TOWN OR CITY** Adam
   **City Ward** ___  **ZIP CODE** 03055

3. **MAILING ADDRESS (if different from residence address)**
   **TOWN OR CITY** Milford
   **STATE** ___  **ZIP CODE** ___

4. **PLACE OF BIRTH (Town/City and State)**
   **COUNTRY (if not USA)**
   **DATE OF BIRTH** ___

5. ___ NATURALIZED (Town/City and State)
   DATE NATURALIZED

6. **PLACE LAST REGISTERED TO VOTE (Street & House (Apt.) Number)**
   **(Town or City & Ward)**
   **(State and Zip Code)**

7. **NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT**
   **STATE (If not NH)**
   8. **PARTY AFFILIATION (if any)** None

IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER ___

**AFFIDAVIT**

My name is Adam Kumar. I am today registering to vote in the city/town of Milford, New Hampshire.

I understand that to vote in this city/town, I must be at least 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that I can claim only one city/town as my domicile at a time. A domicile is that place, more than any other, where I sleep most nights of the year, or to which I intend to return after a temporary absence. By registering or voting today, I acknowledge that I am not registering to vote or voting in any other city/town.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town on this day, and if registering on election day, that I have not voted and will not vote at any other polling place this election.

Signature of Applicant   Date 11/2/10

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

Received by ___

Approved by ___
SUPERVISOR OF THE CHECKLIST/REGISTRAR OF VOTERS

# TOWN OF MILFORD

## OFFICE OF THE TOWN CLERK

| | |
|---|---|
| *TO:* | Paul Brodeur |
| *FROM*: | Peggy-Town Clerk |
| *FAX:* | 223-6245 |
| *DATE:* | May 20, 2013 |
| *PAGE:* | 4 |
| *SUBJ:* | Kumpu |

MILFORD, NEW HAMPSHIRE
EST. 1794
THE GRANITE TOWN

◆............................................................................................................◆

*SPECIAL INSTRUCTIONS:* _____

_____

_____

_____

_____

*If transmission is not clear or should you have any questions please contact:*

_____ *Peggy* _____ *at (603)249-0650 or email plangell@milford.nh.gov*

# *Thank you!*

SAU172

# Keene
**STATE COLLEGE**

## Adam Kumpu

Email: Adam.Kumpu@ksc.keene.edu
Phone: 603-673-0830

Do Another Search?
Additional Profile Details? Fac/Staff Login

Faculty/Staff Directory
Department Directory
Chairs and Coordinators
Office Phone Directory
Alumni Directory
Student Directory

1-800-KSC-1909 · 229 Main St. Keene, New Hampshire 03435
© 2013 Keene State College. Keene State College is a member of the University System of New Hampshire.

✓ Good

769-0493  Adam
533-0860  Janine  } Milford P.D.

9/9   message cell phone
9/25  message cell phone
      call to Janine - message cell phone

SAU173

9/9/201

**PLEASE PRINT OR TYPE**          NEW HAMPSHIRE VOTER REGISTRATION FORM          RSA 654:7

1. LAST NAME (including suffix if any)     FIRST NAME          FULL MIDDLE NAME

Kumma    Kum Pu    Adam    Gabriel William

2. DOMICILE ADDRESS (Street & House (Apt.) Number )    TOWN OR CITY          ZIP CODE

162 Butler Butler Ct.    KEENE    City Ward    03431/03435

4. PLACE OF BIRTH (Town/City and State)    COUNTRY (If not USA)          DATE OF BIRTH

5. ~~IF FOREIGN BORN, CITIZEN, GIVE NAME OF COURT WHERE NATURALIZED~~ (Town/City and State)          DATE NATURALIZED

6. PLACE LAST REGISTERED TO VOTE ( Street & House (Apt.) Number)    (Town or City & Ward )          ( State and Zip Code)

7. NAME UNDER WHICH PREVIOUSLY REGISTERED, IF DIFFERENT          8. PARTY AFFILIATION (if any) UND

9. DRIVER'S LICENSE NUMBER    STATE (if not NH)    IF NO VALID DRIVER'S LICENSE, PROVIDE THE LAST FOUR DIGITS OF YOUR SOCIAL SECURITY NUMBER

**AFFIDAVIT**

My name is Adam KumPu , I am today registering to

vote in the city/town of KEENE , New Hampshire.

I understand that to vote in this city/town, I must be 18 years of age, I must be a United States citizen, and I must be domiciled in this city/town.

I understand that a person can claim only one state and one city/town as his or her domicile at a time. A domicile is that place, to which upon temporary absence, a person has the intention of returning. By registering or voting today, I am acknowledging that I am not domiciled or voting in any other state or any other city/town.

In declaring New Hampshire as my domicile, I realize that I am not qualified to vote in the state or federal elections in another state.

October 2012

If I have any questions as to whether I am entitled to vote in this city/town, I am aware that a supervisor of the checklist is available to address my questions or concerns.

I acknowledge that I have read and understand the above qualifications for voting and do hereby swear, under the penalties for voting fraud set forth below, that I am qualified to vote in the above-stated city/town, and, if registering on election day, that I have not voted and will not vote at any other polling place this election.

Signature of Applicant ___

Received by ___    Date 11/6/12

Approved by ___
SUPERVISOR OF CHECKLIST/REGISTRAR OF VOTERS

*In accordance with RSA 659:34, the penalty for knowingly or purposefully providing false information when registering to vote or voting is a class A misdemeanor with a maximum sentence of imprisonment not to exceed one year and a fine not to exceed $2,000. Fraudulently registering to vote or voting is subject to a civil penalty not to exceed $5,000.*

SAU174

WARD 1 CHECKLIST ADDENDUM – State General Election – November 6, 2012

| NAME (last name, first name, middle initial) | Check if No Photo ID & CVA signed | Party Affiliation (please check one) Dem | Rep | Und | ADDRESS |
|---|---|---|---|---|---|
| 1 ☑ Badeau, Jaedyn M | ☐ CVA | | | ✓ | Holloway 202B |
| 2 ☑ Bolduc, Elizabeth | ☐ CVA | | | ✓ | Carle Hall |
| 3 ☑ Maclean, Kevin | ☐ CVA | | | ✓ | 59 Dunbar St Apt 2. |
| 4 ☑ Tiefenthaler, Lauren | ☐ CVA | ✓ | | | Holloway 310B |
| 5 ☑ Lapierre, Christopher | ☐ CVA | | | ✓ | Monadnock 305 |
| 6 ☑ Bodenski, Victoria | ☐ CVA | | ✓ | | Carle Hall 401 B |
| 7 ☑ Martin, Ashley | ☐ CVA | | | ✓ | Holloway Hall 310B |
| 8 ☑ Recko, Jenna | ☐ CVA | | | ✓ | 87 Water St. |
| 9 ☑ Meyer, Alyssa | ☐ CVA | | | ✓ | 87 Water St. |
| 10 ☑ Lery, Rachael | ☐ CVA | | | ✓ | Randall Hall 402A |
| 11 ☑ Dobens, Jared | ☐ CVA | | ✓ | | Randall Hall 317B |
| 12 ☑ Chai, Tiffany | ☐ CVA | ✓ | | | Pondside 3 216B |
| 13 ☑ Griggs, Victoria | ☐ CVA | | | ✓ | Randall Hall 103A |
| 14 ☑ Pearson, William | ☐ CVA | | | ✓ | 60 Martin Street |
| 15 ☑ Landers, Sarah | ☐ CVA | | ✓ | | 200A Randall Hall |
| 16 ☑ McConville, Haley | ☐ CVA | | | ✓ | Randall 1004 |
| 17 ☑ Barriga, Karina | ☐ CVA | ✓ | | | Hewtrew Hall 209 |
| 18 ☑ Liotti, Ashley | ☐ CVA | | | ✓ | 32 Elliot St. |
| 19 ☑ Kumph, Adam | ☐ CVA | | | ✓ | 102 Buster, |
| 20 ☑ Lavallee, Rita | ☐ CVA | | | ✓ | 32 Water St. |
| Column Totals: | | 3 | 3 | 14 | |

Page 14 of 27

Paul Brodeur

Copy of Adam Kumpu that was faxed to me
223-6245

Thanks,
Bobbi

P.S. Keene Scanned him before we did - hence that's how we caught it