# EXHIBIT GG

| | |
|---|---|
| Released by: | Joseph A. Foster, Attorney General |
| Subject: | Janine and Adam Kumpu to Pay a Total of $1,250 Under Consent Agreement For Wrongful Voting Violations |
| Date: | January 14, 2014 |
| Contact: | Stephen G. LaBonte, Assistant Attorney General<br>(603) 271-3658 |



PLAINTIFF'S EXHIBIT NO. 10 FOR IDENTIFICATION DATE: 3-7-18 RPTR: MPC

Attorney General Joseph A. Foster announced today that his Office has reached an agreement with Janine Kumpu and Adam Kumpu of Milford, New Hampshire to resolve a matter involving wrongful voting violations under RSA 659:34. Under the agreement, the Kumpus agree to pay a total of $1,250.00 to settle this matter.

Under New Hampshire law, it is illegal for a person to vote more than once for any office or measure in any election and/or apply for a ballot in a name other than his or her own. RSA 659:34, I (b), (c).

The Attorney General's Office investigated Adam Kumpu for voting twice during the 2012 General Election. The investigation revealed that during the election, Adam Kumpu voted by absentee ballot in the Town of Milford, and, on election day, registered and voted in the City of Keene. Mr. Kumpu agreed to pay a penalty of $1,000.00, for this violation of RSA 659:34, I (b).

The investigation further revealed that the absentee ballot was obtained by Mr. Kumpu's mother, Janine Kumpu, who completed a State of New Hampshire absentee ballot application utilizing the personal identifying information of Adam Kumpu and then signed Mr. Kumpu's name on the signature line. Janine Kumpu then submitted the application to the Milford Town Clerk's Office. The town clerk then forwarded the absentee ballot to Mr. Kumpu, who was attending Keene State College. Ms. Kumpu agreed to pay a penalty of $250.00, for this violation of RSA 659:34, I (c).

990568