```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Mary Saucedo et al

    v.

                                          Case No. 17-cv-183-LM

NH Secretary of State et al

## JUDGMENT

In accordance with the Order by U.S. District Judge Landya B. McCafferty dated August 14, 2018, judgment is hereby entered.

                                          By the Court:

                                          /s/ Daniel J. Lynch
                                          Daniel J. Lynch
                                          Clerk of Court

Date: August 17, 2018

cc:   Counsel of Record