# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

_____

|  |  |  |
|---|---|---|
| MARY SAUCEDO, | ) | |
| MAUREEN P. HEARD, and | ) | |
| THOMAS FITZPATRICK, D.B.A. | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | Civil Case. No. 1:17-cv-183-LM |
|  | ) | |
| WILLIAM M. GARDNER, Secretary of | ) | |
| State of the State of New Hampshire, in his | ) | |
| official capacity, and THE SECRETARY | ) | |
| OF STATE'S OFFICE OF THE STATE | ) | |
| OF NEW HAMPSHIRE, | ) | |
|  | ) | |
| Defendants. | ) | |

_____)

## NOTICE OF SETTLEMENT REGARDING CLAIMS FOR FEES

Plaintiffs, through counsel, submit this Notice of Settlement informing the Court that the

parties have resolved Plaintiffs' claims for fees pursuant to 42 U.S.C. § 1988.

Dated: December 21, 2018

Respectfully Submitted,

MARY SAUCEDO,
MAUREEN P. HEARD, and THOMAS
FITZPATRICK, D.B.A.

    By and through their attorneys affiliated
    with the American Civil Liberties Union
    of New Hampshire Foundation, and the
    American Civil Liberties Union
    Foundation,


*/s/ Gilles R. Bissonnette*

| | |
|---|---|
| Gilles R. Bissonnette (N.H. Bar. No. 265393) | Julie A. Ebenstein* |
| AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE | Dale E. Ho* |
| 18 Low Avenue | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Concord, NH  03301 | Voting Rights Project |
| Tel.:  603.224.5591 | 125 Broad Street, 18th Floor |
| gilles@aclu-nh.org | New York, NY 10004 |
| | Tel.: 212.549.2686 |
| | dho@aclu.org |
| | jebenstein@aclu.org |
| | |
| Paul Twomey (N.H. Bar No. 2589) | Claudia Center* |
| 44 Ring Road | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| Chichester, NH  03258 | Disability Rights Program |
| Tel.: 603.568.3254 | 39 Drumm Street |
| paultwomey@comcast.net | San Francisco, CA  94111 |
| | Tel.: 415.343.0781 |
| | ccenter@aclu.org |

    * *admitted pro hac vice*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing has been forwarded this date by ECF to all counsel of record.


*/s/ Gilles R. Bissonnette*
Gilles R. Bissonnette (N.H. Bar. No. 265393)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue
Concord, NH  03301
Tel.:  603.224.5591
gilles@aclu-nh.org